# United States Bankruptcy Court
## Middle District of North Carolina

## Voluntary Petition

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Carolina Mattress Guild, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**56-1749033** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**385 North Dr.**<br>**Thomasville, NC**<br>ZIP Code **27360** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Davidson** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [X] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [X] Other

**Tax-Exempt Entity**
(Check box, if applicable)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [X] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [X] Debts are primarily business debts.

**Filing Fee** (Check one box)

- [X] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [X] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] |

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Carolina Mattress Guild, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)              (Date) |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br><br>_____<br>(Address of landlord)<br><br>☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

# Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**

**Carolina Mattress Guild, Inc.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Stephanie L. Osborne**
Signature of Attorney for Debtor(s)

**Stephanie L. Osborne 29374**
Printed Name of Attorney for Debtor(s)

**Northen Blue, L.L.P.**
Firm Name

**1414 Raleigh Road, Suite 435**
**P.O. Box 2208**
**Chapel Hill, NC 27515-2208**

Address

**(919) 968-4441**
Telephone Number

**December 15, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Neal Grigg**
Signature of Authorized Individual

**Neal Grigg**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**December 15, 2014**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Middle District of North Carolina

In re    **Carolina Mattress Guild, Inc.**                    ,      Case No. _____

                                 Debtor      Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 1,702,097.88 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 4 | | 3,040,077.81 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 31 | | 94,495.26 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 27 | | 2,791,711.40 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 70 | | | |
| Total Assets | | | 1,702,097.88 | | |
| Total Liabilities | | | | 5,926,284.47 | |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

# United States Bankruptcy Court
## Middle District of North Carolina

In re    **Carolina Mattress Guild, Inc.**                      ,     Case No. _____
                                       Debtor          Chapter _____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

In re   **Carolina Mattress Guild, Inc.**                   ,      Case No. _____

                                       Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  |  | Sub-Total > | **0.00** | (Total of this page) |
|---|---|---|---|---|
|  |  | Total > | **0.00** | |
|  |  |  | (Report also on Summary of Schedules) | |

  **0**   continuation sheets attached to the Schedule of Real Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                   Best Case Bankruptcy

In re    **Carolina Mattress Guild, Inc.**       ,     Case No. _____

                            Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 1.   Cash on hand | X | | | |
| 2.   Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **BB&T** | - | **2,000.00** |
| | | **Bank of North Carolina** | - | 0.00 |
| 3.   Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.   Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.   Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.   Wearing apparel. | X | | | |
| 7.   Furs and jewelry. | X | | | |
| 8.   Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.   Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.   Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >      **2,000.00**
(Total of this page)

__3__   continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

In re   **Carolina Mattress Guild, Inc.**                                     ,        Case No. _____

                                            Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Receivables. Debtor to provide detailed list of receivables and suppporting information to the Trustee.** | **-** | **551,668.88** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

                                                          Sub-Total >        **551,668.88**
                                                        (Total of this page)

Sheet  **1**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                     Best Case Bankruptcy

In re     **Carolina Mattress Guild, Inc.**               ,     Case No. _____

                                Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **Registered trademarks** | - | 1.00 |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | **Cutomer lists** | - | 1.00 |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2004 Freightliner Straight Truck Mileage- 225,824** | - | 15,000.00 |
| | | **Ford Tandem Tractor Mileage: 1,235,891** | - | 6,000.00 |
| | | **2008 Spinter** | - | 15,000.00 |
| | | **1998 Plymouth van Mileage 157,386** | - | 1,500.00 |
| | | **9 Trailers** | - | 4,500.00 |
| | | **2012 Audi Mileage 10,979** | - | 22,000.00 |
| | | **2010 Mercedes-Benz Mileage 52,377** | - | 34,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Office equipment, computers, work stations, furniture** | - | 5,500.00 |
| | | **Computers** | - | 15,000.00 |

                                        Sub-Total >     118,502.00
                                     (Total of this page)

Sheet   **2**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                  Best Case Bankruptcy

In re    **Carolina Mattress Guild, Inc.**                ,      Case No. _____

                                 Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Slitter, Panel binder, binder block, flanger addition** | - | **48,000.00** |
| | | **Quilter & Panel Cutter, mattress bagger, ruffler, sewing equipment and sewing stations** | - | **Unknown** |
| | | **HVAC and venting system** | - | **0.00** |
| | | **Border measure/sew, border measure cut, faux taper, gusset maker, upright tapers, double head serger, laminator, Z racks, CMG slitter, yellow carts, cutting table with knife, PC-6, 2 serger flangers, cutting table, machine and storage tables, long arm repair machine, conveyors, baggers, strappers, swivel table, chop saw with table, CMG rotating table, metal rail work station, material handling carts, fork lifts & recharge stations, large carts, mattress compactor, roll packer, tape edges, baler, digital scale, storage rack with wheels, sewing machines, wooden tables, machine shop repairs parts** | - | **537,275.00** |
| 30. Inventory. | | **Including work in progress, supplies, completed items and returned items.** | - | **444,652.00** |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

| | |
|---|---|
| Sub-Total > | **1,029,927.00** |
| (Total of this page) | |
| Total > | **1,702,097.88** |

Sheet  **3**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                  Best Case Bankruptcy

In re **Carolina Mattress Guild, Inc.** , Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. <br><br>**Ascentium Capital, LLC <br>23970 US Hwy 59 <br>Kingwood, TX 77339** | | - | | **HVAC and venting system** <br><br><br> Value $ 0.00 | | | | 93,539.00 | 93,539.00 |
| Account No. <br><br>**Audi Fincancial Services <br>PO Box 3 <br>Newberg, OR 97132** | X | - | | **Automobile Loan** <br><br>**2012 Audi <br>Mileage 10,979** <br><br> Value $ 22,000.00 | | | | 17,919.07 | 0.00 |
| Account No. **-2098** <br><br>**Bank of North Carolina <br>Attn: Legal Dept. <br>1110 Dover Road <br>Greensboro, NC 27408** | X | - | | **October 3, 2011** <br><br>**Uniform Commerical Code Filing** <br><br>**Including work in progress, supplies, completed items and returned items.** <br> Value $ 444,652.00 | | | | 139,441.46 | 0.00 |
| Account No. <br><br>**Bank of North Carolina <br>Attn: Legal Dept. <br>1110 Dover Road <br>Greensboro, NC 27408** | | - | | **March 11, 2013** <br><br>**Uniform Commerical Code Filing** <br><br>**Including work in progress, supplies, completed items and returned items.** <br> Value $ 444,652.00 | | | | 257,467.03 | 0.00 |
| **3** continuation sheets attached | | | | Subtotal <br>(Total of this page) | | | | 508,366.56 | 93,539.00 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re  **Carolina Mattress Guild, Inc.** _____,  Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **-1005** | | | March 11, 2013 | | | | | |
| **Bank of North Carolina** Attn: Legal Dept. 1110 Dover Road Greensboro, NC 27408 | | - | **Uniform Commerical Code Filing** **Including work in progress, supplies, completed items and returned items.** | | | | | |
| | | | Value $ 444,652.00 | | | | 1,000,539.99 | 952,796.48 |
| Account No. | | | UCC | | | | | |
| **Bank of the West** PO Box 8050 Attn: Linda Whatford Walnut Creek, CA 94597 | | - | Computers | | | | | |
| | | | Value $ 15,000.00 | | | | 3,581.00 | 0.00 |
| Account No. | | | Receivables. Debtor to provide detailed list of receivables and suppporting information to the Trustee. | | | | | |
| **Future Foam, Inc.** 1610 Ave. N. Council Bluffs, IA 51501 | X | - | | | | | | |
| | | | Value $ 551,668.88 | | | | 1,200,000.00 | 1,200,000.00 |
| Account No. | | | Registered trademarks | | | | | |
| **Future Foam, Inc.** 1610 Ave. N. Council Bluffs, IA 51501 | | - | | | | | | |
| | | | Value $ 1.00 | | | | 0.00 | 0.00 |
| Account No. | | | Cutomer lists | | | | | |
| **Future Foam, Inc.** 1610 Ave. N. Council Bluffs, IA 51501 | | - | | | | | | |
| | | | Value $ 1.00 | | | | 0.00 | 0.00 |

Sheet __1__ of __3__ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page) | 2,204,120.99 | 2,152,796.48

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

In re **Carolina Mattress Guild, Inc.** , Case No. _____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **100735** <br><br> **MARKET SQUARE AC II LLC** <br> **P.O. BOX 417278** <br> **BOSTON, MA 02241-7278** | | - | **For Notice Purposes Only** <br><br><br> Value $ 0.00 | | | | 0.00 | 0.00 |
| Account No. <br><br> **Mercedes-Benz Financial Services** <br> **P.O. Box 685** <br> **Roanoke, TX 76262** | X | - | **2010 Mercedes-Benz** <br> **Mileage 52,377** <br><br> Value $ 34,000.00 | | | | 33,000.00 | 0.00 |
| Account No. <br><br> **SABA North America, LLC.** <br> **2237 Wadhams Road** <br> **Kimball, MI 48074** | | - | <br><br> Value $ 0.00 | | | | 44,593.71 | 44,593.71 |
| Account No. **CUST NO. 39265** <br><br> **SUSQUEHANNA COMMERCIAL FINANCE** <br> **2 COUNTRY VIEW ROAD** <br> **SUITE 300** <br> **MALVERN, PA 19355** | | - | **Uniform Commerical Code Filing** <br><br> **Quilter & Panel Cutter, mattress bagger, ruffler, sewing equipment and sewing stations** <br> Value $ Unknown | | | | 169,045.40 | Unknown |
| Account No. **1116567** <br><br> **US BANK - ATL ATTACH EQUIP** <br> **U.S. BANK EQUIPMENT FINANCE** <br> **1450 CHANNEL PARKWAY** <br> **MARSHALL, MN 56258** | | - | **Panel binder, binder block, flanger addition** <br><br> Value $ 0.00 | | | | 52,032.00 | 52,032.00 |
| Sheet **2** of **3** continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | Subtotal <br> (Total of this page) | | | | 298,671.11 | 96,625.71 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

In re    **Carolina Mattress Guild, Inc.**                                    ,    Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| Account No. **1116567** | | | | Uniform Commerical Code Filing | | | | | |
| **US BANK - HORIZ. SLITTER** **U.S. BANK EQUIPMENT FINANCE** **1450 CHANNEL PARKWAY** **MARSHALL, MN 56258** | - | | | Slitter, | | | | | |
| | | | | Value $           **48,000.00** | | | | **28,919.15** | **0.00** |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |

Sheet __3__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | | |
|---|---|---|
| Subtotal (Total of this page) | **28,919.15** | **0.00** |
| Total (Report on Summary of Schedules) | **3,040,077.81** | **2,342,961.19** |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                 Best Case Bankruptcy

In re    **Carolina Mattress Guild, Inc.**              ,    Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

■ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**30**  continuation sheets attached

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

In re __Carolina Mattress Guild, Inc._____ ,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Domestic Support Obligations**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | | |
| Account No. | | | | | For Notice Purposes Only | | | | | | |
| NC CHILD SUPPORT CENTRALIZED COLLECTIONS PO BOX 900012 RALEIGH, NC 27675-9012 | - | | | | | | | | | 0.00 | |
| | | | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | | For Notice Purposes Only | | | | | | |
| NJ FAMILY SUPPORT PROC CENTER PO BOX 4880 TRENTON, NJ 08650 | - | | | | | | | | | 0.00 | |
| | | | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | | For Notice Purposes Only | | | | | | |
| NYS CHILD SUPPORT PROCES CNTR PO BOX 15363 ALBANY, NY 12212-5363 | - | | | | | | | | | 0.00 | |
| | | | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | | | | | | | | |
| | | | | | | | | | | | |
| Account No. | | | | | | | | | | | |
| | | | | | | | | | | | |

Sheet __1___ of __30___ continuation sheets attached to        Subtotal        | 0.00 |
Schedule of Creditors Holding Unsecured Priority Claims   (Total of this page)   0.00   |   0.00

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

B6E (Official Form 6E) (4/13) - Cont.

In re __Carolina Mattress Guild, Inc.__ ,  Case No. _____
                                 Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Gross wages from November 2014. | | | | | |
| Abel Herrera-Quezada 208 Liberty Dr. Thomasville, NC 27360 | | - | | | | | 571.81 | 0.00 / 571.81 |
| Account No. | | | Gross wages from November 2014. | | | | | |
| Albert Phelps, II 551 Gandy Lane Lexington, NC 27295 | | - | | | | | 521.64 | 0.00 / 521.64 |
| Account No. | | | Gross wages from November 2014 | | | | | |
| Amanda R. Grigg 1104 North Rotary High Point, NC 27262 | | - | | | | | 1,600.00 | 0.00 / 1,600.00 |
| Account No. | | | Gross wages from November 2014. | | | | | |
| Ann S. Bump 201 Lake Drive East Thomasville, NC 27360 | | - | | | | | 1,538.46 | 0.00 / 1,538.46 |
| Account No. | | | Gross wages from November 2014. | | | | | |
| Antonio D. Powers 204 Foster St. Apt. Ba Thomasville, NC 27360 | | - | | | | | 291.46 | 0.00 / 291.46 |

Sheet __2__ of __30__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)  0.00 / 4,523.37   4,523.37

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

In re    **Carolina Mattress Guild, Inc.**                       ,      Case No. _____

                                       Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Gross wages from November 2014. | | | | | | |
| Antonio Dominguez-Gonzalez 731 Will Johnson Rd. Thomasville, NC 27360 | | - | | | | | 410.64 | 0.00 | 410.64 |
| Account No. | | | Gross wages from November 2014. | | | | | | |
| Barry W. Leach 211 Fearington Dr. Kernersville, NC 27284 | | - | | | | | 1,412.65 | 0.00 | 1,412.65 |
| Account No. | | | Gross wages from November 2014. | | | | | | |
| Benjamin Simmons 1411 Lynwood Terrace High Point, NC 27265 | | - | | | | | 652.67 | 0.00 | 652.67 |
| Account No. | | | | | | | | | |
| BRENDA PETERSON 4584 COLONIAL CIRCLE TRINITY, NC 27370 | | - | | | | | 670.24 | 670.24 | 0.00 |
| Account No. | | | Gross wages from November 2014. | | | | | | |
| Brenda Peterson 4584 Colonial Cir. Trinity, NC 27370 | | - | | | | | 472.56 | 0.00 | 472.56 |

Sheet  **3**  of  **30**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal          670.24
(Total of this page)     3,618.76     2,948.52

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com           Best Case Bankruptcy

In re **Carolina Mattress Guild, Inc.** , Case No. _____
_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. Calvin J. Junious 410 Davidson St. Thomasville, NC 27360 | - | | | Gross wages from November 2014. | | | | 411.35 | 0.00 411.35 |
| Account No. Carlos Dominguez-Gomez 514 Center St. Lexington, NC 27292 | - | | | Gross wages from November 2014. | | | | 605.50 | 0.00 605.50 |
| Account No. Cecilia S. Garcia 718 Westchester Key Apt. P High Point, NC 27262 | - | | | Gross wages from November 2014. | | | | 357.28 | 0.00 357.28 |
| Account No. Christopher Brykailo 3082 Green Tree Rd. Thomasville, NC 27360 | - | | | Gross wages from November 2014. | | | | 384.75 | 0.00 384.75 |
| Account No. Daniel B. Lewis 105 Lake Rd. Winston Salem, NC 27127 | - | | | Gross wages from November 2014. | | | | 1,800.00 | 0.00 1,800.00 |

Sheet __4__ of __30__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | 0.00
(Total of this page) | 3,558.88 | 3,558.88

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

In re   **Carolina Mattress Guild, Inc.**            Case No. _____

                                       Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Gross wages from November 2014. | | | | | |
| David M. Stroud, Jr. 6 Forsyth St. Thomasville, NC 27360 | | - | | | | | 478.71 | 0.00 478.71 |
| Account No. | | | | | | | | |
| Debbie Fowler 204 Bethlehan Ave. Thomasville, NC 27360 | | - | | | | | 985.85 | 985.85 0.00 |
| Account No. | | | Gross wages from November 2014. | | | | | |
| Debra Fowler 204 Bethlehem Ave. Thomasville, NC 27360 | | - | | | | | 1,038.73 | 0.00 1,038.73 |
| Account No. | | | Gross wages from November 2014. | | | | | |
| Derrick Black 1009 Unity St. Thomasville, NC 27360 | | - | | | | | 411.35 | 0.00 411.35 |
| Account No. | | | Gross wages from November 2014. | | | | | |
| Devin A. Carner 308 Foster St. Apt. 15 Thomasville, NC 27360 | | - | | | | | 378.29 | 0.00 378.29 |

Sheet **5** of **30** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 985.85 |
| (Total of this page) | 3,292.93 | 2,307.08 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

In re   **Carolina Mattress Guild, Inc.** _____ ,   Case No. _____
                                            Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Gross wages from November 2014. | | | | | |
| **Dustin Hilton** **3663 Upperlake Rd.** **Thomasville, NC 27360** | | - | | | | | | **Unknown** |
| | | | | | | | **Unknown** | **277.73** |
| Account No. | | | Gross wages from November 2014 | | | | | |
| **Enrique H. Hernandez** **1143 West Green Street** **Thomasville, NC 27360** | | - | | | | | **0.00** | |
| | | | | | | | **1,081.92** | **1,081.92** |
| Account No. | | | | | | | | |
| **ERIC HINSHAW** **6 TURNERBERRY CT.** **DURHAM, NC 27712** | | - | | | | | **1,262.49** | |
| | | | | | | | **1,262.49** | **0.00** |
| Account No. | | | | | | | | |
| **ERNESTO CALIMAYOR** **711 RAPP STREET** **THOMASVILLE, NC 27360** | | - | | | | | **443.63** | |
| | | | | | | | **443.63** | **0.00** |
| Account No. | | | Gross wages from November 2014. | | | | | |
| **Flormaria Meza** **803 Virginia Dr.** **Lexington, NC 27295** | | - | | | | | **0.00** | |
| | | | | | | | **743.52** | **743.52** |

Sheet **6** of **30** continuation sheets attached to

Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | **1,706.12** |
| (Total of this page) | **3,531.56** | **2,103.17** |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

B6E (Official Form 6E) (4/13) - Cont.

In re **Carolina Mattress Guild, Inc.** , Case No. _____
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

_____
**Wages, salaries, and commissions**
_____
TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | 581.25 |
| FRANCISCO MADRIGAL 123 COLLEGE STREET THOMASVILLE, NC 27360 | | - | | | | | 581.25 | 0.00 |
| Account No. | | | Gross wages from November 2014. | | | | | 0.00 |
| Francisco Ramirez-Castillo 211 Dorthothy St. Apt. E High Point, NC 27262 | | - | | | | | 460.44 | 460.44 |
| Account No. | | | Gross wages from November 2014. | | | | | 0.00 |
| Freddy Pastern 437 JD Essick Rd. Lexington, NC 27295 | | - | | | | | 521.86 | 521.86 |
| Account No. | | | Gross wages from November 2014 | | | | | 237.91 |
| Gabriela Flores Martnez 233 Dorothy Street High Point, NC 27262 | | - | | | | | 237.91 | 0.00 |
| Account No. | | | Gross wages from November 2014. | | | | | 0.00 |
| Graciano Cazarin-Reyes 2209 Chambers St. High Point, NC 27263 | | - | | | | | 460.44 | 460.44 |

Sheet __7__ of __30__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Subtotal: 819.16
(Total of this page): 2,261.90 / 1,442.74

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

In re __Carolina Mattress Guild, Inc.__ ,      Case No. _____

                                                       Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Gross wages from November 2014 | | | | | | |
| Grant A. Lyndon 50 West Holly Hill, Apt. 1 Thomasville, NC 27360 | - | | | | | | 458.72 | 0.00 | 458.72 |
| Account No. | | | Gross wages from November 2014 | | | | | | |
| Gregory D. Hairston 319 West Main Street Thomasville, NC 27360 | - | | | | | | 373.92 | 0.00 | 373.92 |
| Account No. | | | Gross wages from November 2014. | | | | | | |
| Henry Aguilar-Diaz 214 Long St. Thomasville, NC 27360 | - | | | | | | 707.20 | 0.00 | 707.20 |
| Account No. | | | Gross wages from November 2014. | | | | | | |
| Hilary P. Pope 6731 Maize Dr. High Point, NC 27265 | - | | | | | | 1,584.62 | 0.00 | 1,584.62 |
| Account No. | | | Gross wages from November 2014. | | | | | | |
| Ismael Flores-Aguilar 1619 Conner Pl High Point, NC 27260 | - | | | | | | 437.90 | 0.00 | 437.90 |
| Sheet __8__ of __30__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | | | Subtotal (Total of this page) | | | | 3,562.36 | 0.00 | 3,562.36 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                           Best Case Bankruptcy

In re __Carolina Mattress Guild, Inc._____, Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

__Wages, salaries, and commissions__

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY — AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. | | | | | Gross wages from November 2014. | | | | | 0.00 |
| Jamarr Q. Camp 408 Brewer St. Thomasville, NC 27360 | - | | | | | | | | 134.93 | 134.93 |
| Account No. | | | | | Gross wages from November 2014. | | | | | 0.00 |
| John H. Campbell 1020 W. Oakwood Ave. Albemarle, NC 28001 | - | | | | | | | | 802.66 | 802.66 |
| Account No. | | | | | Gross wages from November 2014. | | | | | 0.00 |
| John R. Maynor 152 Creekside Dr. Asheboro, NC 27203 | - | | | | | | | | 304.52 | 304.52 |
| Account No. | | | | | Gross wages from November 2014. | | | | | 0.00 |
| Johnmy Holleman PO Box 1213 1459 Garner Rd. Denton, NC 27239 | - | | | | | | | | 1,402.60 | 1,402.60 |
| Account No. | | | | | Gross wages from November 2014. | | | | | 0.00 |
| Jose A. Cruz Morales 407 Coltrane Ave. High Point, NC 27260 | - | | | | | | | | 635.81 | 635.81 |

Sheet __9__ of __30__ continuation sheets attached to  Subtotal | 0.00
Schedule of Creditors Holding Unsecured Priority Claims  (Total of this page) | 3,280.52 | 3,280.52

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

In re **Carolina Mattress Guild, Inc.** , Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Gross wages from November 2014. | | | | | | |
| Joseph S. Jones, Jr. 116 Pineywood St. Thomasville, NC 27360 | - | | | | | | 295.13 | 0.00 | 295.13 |
| Account No. | | | Gross wages from November 2014. | | | | | | |
| Justtin Weisenhorn 1725 Remington Point Ct. Walkertown, NC 27051 | - | | | | | | 307.09 | 0.00 | 307.09 |
| Account No. | | | For Notice Purposes Only | | | | | | |
| KATHRYN GRIGG 226 ETHAN DRIVE HIGH POINT, NC 27265 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | Gross wages from November 2014. | | | | | | |
| Kenneth L. Clark 1025-A Pegram Ave. High Point, NC 27263 | - | | | | | | 197.02 | 0.00 | 197.02 |
| Account No. | | | Gross wages from November 2014. | | | | | | |
| Kevin E. Stewart 4123 Abbotts Creek Ct. Kernersville, NC 27284 | - | | | | | | 478.20 | 0.00 | 478.20 |

Sheet __10__ of __30__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 1,277.44 | 1,277.44 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re    **Carolina Mattress Guild, Inc.**                     ,      Case No. _____

                                      Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Gross wages from November 2014. | | | | | |
| Kevin M. White 940 Payne Rd. Lexington, NC 27295 | - | | | | | | | 0.00 |
| | | | | | | | 394.11 | 394.11 |
| Account No. | | | Gross wages from November 2014. | | | | | |
| Luciano Ochoa-Herrera 1203 Holly Grove Rd. Lexington, NC 27292 | - | | | | | | | 0.00 |
| | | | | | | | 273.79 | 273.79 |
| Account No. | | | | | | | | |
| LUIS F RODRIGUEZ-REYES 7108 PROSPECT CHURCH RD #22 THOMASVILLE, NC 27360 | - | | | | | | | 416.50 |
| | | | | | | | 416.50 | 0.00 |
| Account No. | | | | | | | | |
| LUIS G RODRIGUEZ REYES 7108 PROSPECT CHURCH RD #22 THOMASVILLE, NC 27360 | - | | | | | | | 56.88 |
| | | | | | | | 56.88 | 0.00 |
| Account No. | | | Gross wages from November 2014. | | | | | |
| Luis J. Martinez-Montalvo 256 Beddington St. High Point, NC 27260 | - | | | | | | | 0.00 |
| | | | | | | | 702.81 | 702.81 |

Sheet __11__ of __30__ continuation sheets attached to               Subtotal       473.38

Schedule of Creditors Holding Unsecured Priority Claims        (Total of this page)     1,844.09     1,370.71

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                  Best Case Bankruptcy

In re **Carolina Mattress Guild, Inc.**
Debtor

Case No. _____

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| LUISA MEZA MENDOSA 1411 HOLLY GROVE ROAD LEXINGTON, NC 27292 | - | | | | | | 385.00 | 385.00 | 0.00 |
| Account No. | | | Gross wages from November 2014. | | | | | | |
| Maria D. Leon Lopez 501 Albertson Rd., Lot 13 Thomasville, NC 27360 | - | | | | | | 326.32 | 0.00 | 326.32 |
| Account No. | | | | | | | | | |
| MARILYN GUERRERO 1600 KANOY ROAD LOT 23 THOMASVILLE, NC 27360 | - | | | | | | 160.00 | 160.00 | 0.00 |
| Account No. | | | Gross wages from November 2014. | | | | | | |
| Mark A. Hall 903 Carolina Ave. Thomasville, NC 27360 | - | | | | | | 896.32 | 0.00 | 896.32 |
| Account No. | | | Gross wages from November 2014. | | | | | | |
| Melissa H. Chahoc 3755 Field Sedge Dr. Winston Salem, NC 27107 | - | | | | | | 533.63 | 0.00 | 533.63 |

Sheet __12__ of __30__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)  | 545.00 / 2,301.27 | 1,756.27

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

B6E (Official Form 6E) (4/13) - Cont.

In re  **Carolina Mattress Guild, Inc.** , Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Gross wages from November 2014. | | | | | |
| Michael Q. Huynh 803 Virginia Dr. SC 29295 | | - | | | | | 638.95 | 0.00 / 638.95 |
| Account No. | | | Gross wages from November 2014. | | | | | |
| Mitchell Garland 909 Marlboro St. High Point, NC 27260 | | - | | | | | 1,540.00 | 0.00 / 1,540.00 |
| Account No. | | | For Notice Purposes Only | | | | | |
| NEAL GRIGG 978 NOTTINGHAM RD HIGH POINT, NC 27262 | | - | | | | | 0.00 | 0.00 / 0.00 |
| Account No. | | | Gross wages from November 2014. | | | | | |
| Neil Hoggard 113-C Cox Ave. Thomasville, NC 27360 | | - | | | | | 185.68 | 0.00 / 185.68 |
| Account No. | | | Gross wages from November 2014. | | | | | |
| Nikita Vinson 27 Curry St. Lexington, NC 27292 | | - | | | | | 588.17 | 0.00 / 588.17 |

Sheet __13__ of __30__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal — 0.00
(Total of this page) — 2,952.80 / 2,952.80

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

In re **Carolina Mattress Guild, Inc.** ,  Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **ODILIA SANCHEZ-RODRIGUEZ 114 CONRAD STREET THOMASVILLE, NC 27360** | - | | | | | | | | 483.00 | 483.00 |
| | | | | | | | | | 483.00 | 0.00 |
| Account No. **OHIO ATTORNEY GENERAL PO BOX 89471 CLEVELAND, OH 44101-6471** | - | | | | For Notice Purposes Only | | | | 0.00 | 0.00 |
| | | | | | | | | | 0.00 | 0.00 |
| Account No. **OHIO BUREAU OF WORKERS' COMP BWC STATE INSURANCE FUND CORPORATE PROCESSING DEPT COLUMBUS, OH 43271-0821** | - | | | | For Notice Purposes Only | | | | 0.00 | 0.00 |
| | | | | | | | | | 0.00 | 0.00 |
| Account No. **OHIO DEPARTMENT OF COMMERCE 6606 TUSSING ROAD PO BOX 4009 REYNOLDSBURG, OH 43068-9009** | - | | | | For Notice Purposes Only | | | | 0.00 | 0.00 |
| | | | | | | | | | 0.00 | 0.00 |
| Account No. **Oscar Centeno-Ramierez 107 Carolina Ave Thomasville, NC 27360** | - | | | | Gross wages from November 2014. | | | | 0.00 | |
| | | | | | | | | | 511.96 | 511.96 |

Sheet **14** of **30** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 483.00 / 994.96 | 511.96 |
|---|---|---|---|

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

In re    **Carolina Mattress Guild, Inc.**                  ,       Case No. _____

                                 Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Gross wages from November 2014. | | | | | | |
| Oscar Rodriguez-Lopez 316 Williamson St. Lexington, NC 27292 | | - | | | | | 407.02 | | 0.00 407.02 |
| Account No. | | | Gross wages from November 2014. | | | | | | |
| Pablo Parra-Aldan 213 Polk St. Apt. F Thomasville, NC 27360 | | - | | | | | 538.99 | | 0.00 538.99 |
| Account No. | | | Gross wages from November 2014. | | | | | | |
| Paula J. Barker 315 Walker St. Thomasville, NC 27360 | | - | | | | | 238.10 | | 0.00 238.10 |
| Account No. | | | Gross wages from November 2014. | | | | | | |
| Rafael Herrera 705 Burgess St. Lexington, NC 27292 | | - | | | | | 2,384.62 | | 0.00 2,384.62 |
| Account No. | | | Gross wages from November 2014. | | | | | | |
| Reginald Dalton 330 Gibson Pond Way Lexington, NC 27295 | | - | | | | | 832.20 | | 0.00 832.20 |

Sheet __15__ of __30__ continuation sheets attached to        Subtotal          | 0.00 |

Schedule of Creditors Holding Unsecured Priority Claims      (Total of this page)      | 4,400.93 | 4,400.93 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com              Best Case Bankruptcy

In re    **Carolina Mattress Guild, Inc.** _____,    Case No. _____
                                      Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | | |
| Account No. | | | | | Gross wages from November 2014. | | | | | | |
| Rhonda Christian 22 Landon Ave. Thomasville, NC 27360 | | - | | | | | | | 409.61 | 0.00 | 409.61 |
| Account No. | | | | | Gross wages from November 2014. | | | | | | |
| Ricky L. Roark 5675 Old Thomasville Rd. PO Box 48 Archdale, NC 27263 | | - | | | | | | | 329.18 | 0.00 | 329.18 |
| Account No. | | | | | Gross wages from November 2014. | | | | | | |
| Ricky Smith 3231 Pine Needles Rd. High Point, NC 27265 | | - | | | | | | | 329.18 | 0.00 | 329.18 |
| Account No. | | | | | Gross wages from November 2014. | | | | | | |
| Robert Love 205 H.E. Clement Lane Thomasville, NC 27360 | | - | | | | | | | 1,465.17 | 0.00 | 1,465.17 |
| Account No. | | | | | Gross wages from November 2014. | | | | | | |
| Roberto Girarte-Alvarez 209 Kinview Dr. Archdale, NC 27263 | | - | | | | | | | 449.80 | 0.00 | 449.80 |

Sheet __16__ of __30__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 2,982.94 | 2,982.94 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

In re **Carolina Mattress Guild, Inc.** , Case No. _____
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| Account No. | | | | Gross wages from November 2014. | | | | | | |
| Sandra Amaya-Guerrero 1507 Larkin St. High Point, NC 27262 | | - | | | | | | 409.76 | 0.00 | 409.76 |
| Account No. | | | | Gross wages from November 2014. | | | | | | |
| Sara Messer 1959 Kennedy Farm Road N. Thomasville, NC 27360 | | - | | | | | | 1,196.50 | 0.00 | 1,196.50 |
| Account No. | | | | Gross wages from November 2014. | | | | | | |
| Shawn Griffin 1301 Florence Ave. Thomasville, NC 27360 | | - | | | | | | 501.68 | 0.00 | 501.68 |
| Account No. | | | | Gross wages from November 2014. | | | | | | |
| Stanley Young 158 Eastwood Rd. Winston Salem, NC 27107 | | - | | | | | | 210.72 | 0.00 | 210.72 |
| Account No. | | | | Gross wages from November 2014. | | | | | | |
| Terry A. Porter 465 Larry Lane Lexington, NC 27292 | | - | | | | | | 287.28 | 0.00 | 287.28 |

Sheet **17** of **30** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | 0.00
(Total of this page) | 2,605.94 | 2,605.94

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

In re **Carolina Mattress Guild, Inc.**        Case No. _____
                                                    , 
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Gross wages from November 2014. | | | | | |
| Terry Bruner 145 Blaze St. Winston Salem, NC 27105 | - | | | | | | 267.52 | 0.00 267.52 |
| Account No. | | | Gross wages from November 2014. | | | | | |
| Terry Curry 278 Cow Palace Rd. Thomasville, NC 27360 | - | | | | | | 347.85 | 0.00 347.85 |
| Account No. | | | | | | | | |
| TOM REHWINKEL 12 BRISTOL COURT SKILLMAN, NJ 08558 | - | | | | | | 329.74 | 329.74 0.00 |
| Account No. | | | Gross wages from November 2014. | | | | | |
| Tony Adams 2736 Buckhorn Dr. Randleman, NC 27317 | - | | | | | | 424.88 | 0.00 424.88 |
| Account No. | | | Gross wages from November 2014. | | | | | |
| Vicki Yonchuk 1950 Upper Lake Rd. Thomasville, NC 27360 | - | | | | | | 853.73 | 0.00 853.73 |

Sheet **18** of **30** continuation sheets attached to      Subtotal      329.74

Schedule of Creditors Holding Unsecured Priority Claims      (Total of this page)      2,223.72      1,893.98

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                  Best Case Bankruptcy

In re **Carolina Mattress Guild, Inc.** , Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | | |
| Account No. | | | | | For Notice Purposes Only | | | | | | |
| VIRGINIA EMPLOYMENT COMMISSION PO BOX 1174 RICHMOND, VA 23218-1174 | - | | | | | | | | | 0.00 | |
| | | | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | | Gross wages from November 2014. | | | | | | |
| Wesley O Nance 4182 Salem Church Rd. Denton, NC 27239 | - | | | | | | | | | 0.00 | |
| | | | | | | | | | 43.42 | | 43.42 |
| Account No. | | | | | Gross wages from November 2014. | | | | | | |
| Wilifredy Lopez-Chang 410 Berkley St. High Point, NC 27260 | - | | | | | | | | | 0.00 | |
| | | | | | | | | | 72.80 | | 72.80 |
| Account No. | | | | | Gross wages from November 2014. | | | | | | |
| William C. Cagle, Jr. 19 Candlestick Dr. Thomasville, NC 27360 | - | | | | | | | | | 0.00 | |
| | | | | | | | | | 939.20 | | 939.20 |
| Account No. | | | | | Gross wages from November 2014. | | | | | | |
| William H. Kirkman, III 2440 Herfhsire Dr. Greensboro, NC 27406 | - | | | | | | | | | 0.00 | |
| | | | | | | | | | 879.75 | | 879.75 |

Sheet __19__ of __30__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page) | 0.00 | |
| 1,935.17 | | 1,935.17 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

In re __Carolina Mattress Guild, Inc._____ ,   Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community |  | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
|  |  | H W J | C |  |  |  |  |  | AMOUNT ENTITLED TO PRIORITY |
| Account No. |  |  |  |  |  |  |  |  |  |
| COMMONWEALTH OF MASS. - TAXES CORPORATIONS DIVISION ONE ASHBURTON PLACE BOSTON, MA 02108-1512 | - |  |  |  |  |  |  |  | 125.00 |
|  |  |  |  |  |  |  |  | 125.00 | 0.00 |
| Account No. |  |  |  | For Notice Purposes Only |  |  |  |  |  |
| COMMONWEALTH OF MASSACHUSETTS DEPT OF PUBLIC HEALTH, FOOD PROTECTION PROGRAM 305 SOUTH STREET JAMAICA PLAIN, MA 02130-3597 | - |  |  |  |  |  |  |  | 0.00 |
|  |  |  |  |  |  |  |  | 0.00 | 0.00 |
| Account No. |  |  |  | For Notice Purposes Only |  |  |  |  |  |
| COMMONWEALTH OF PENNSYLVANIA DEPT. OF LABOR AND INDUSTRY BEDDING & UPHOLSTERY SECTION 651 BOAS STREET HARRISBURG, PA 17121 | - |  |  |  |  |  |  |  | 0.00 |
|  |  |  |  |  |  |  |  | 0.00 | 0.00 |
| Account No. |  |  |  |  |  |  |  |  |  |
| COMMONWEALTH OF VIRGINIA DEPARTMENT OF HEALTH BEDDING & UPHOLSTERED FURN INS P.O. BOX 2448 - ROOM 521 RICHMOND, VA 23218 | - |  |  |  |  |  |  |  | 10.04 |
|  |  |  |  |  |  |  |  | 10.04 | 0.00 |
| Account No. |  |  |  | For Notice Purposes Only |  |  |  |  |  |
| COMPTROLLER OF PUBLIC ACCOUNTS PO BOX 149348 AUSTIN, TX 78714-9348 | - |  |  |  |  |  |  |  | 0.00 |
|  |  |  |  |  |  |  |  | 0.00 | 0.00 |

Sheet __20__ of __30__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| | 135.04 |
| 135.04 | 0.00 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

In re **Carolina Mattress Guild, Inc.** , Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | For Notice Purposes Only | | | | | | |
| **CONNECTICUT - STATE TAXES DEPT OF REVENUE PO BOX 2936 HARTFORD, CT 06104** | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | For Notice Purposes Only | | | | | | |
| **Davidson County Tax 28 W. Center St. Lexington, NC 27292** | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| **DAVIDSON COUNTY TAX COLLECTOR 913 GREENSBORO STREET PO BOX 1577 (ZIP 27293) LEXINGTON, NC 27292** | - | | | | | | 40,001.78 | 40,001.78 | 0.00 |
| Account No. | | | For Notice Purposes Only | | | | | | |
| **DIVISION OF CHILD SUPPORT SERV FAMILY SUPPORT REGISTRY PO BOX 1800 CARROLLTON, GA 30112-1800** | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | For Notice Purposes Only | | | | | | |
| **FLORIDA DEPT OF REVENUE LAKE CITY SERVICE CENTER 1401 WEST US HWY 90, STE. 100 LAKE CITY, FL 32055** | - | | | | | | 0.00 | 0.00 | 0.00 |

Sheet __21__ of __30__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | 40,001.78 | 40,001.78 |
|---|---|---|
| | | 0.00 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

In re **Carolina Mattress Guild, Inc.** , Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community — H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.  GEORGIA DEPT OF LABOR PO BOX 740234 ATLANTA, GA 30374-0234 | - | | For Notice Purposes Only | | | | 0.00 | 0.00 | 0.00 |
| Account No.  GEORGIA DEPT OF REVENUE PROCESSING CENTER PO BOX 740238 ATLANTA, GA 30374-0238 | - | | For Notice Purposes Only | | | | 0.00 | 0.00 | 0.00 |
| Account No.  GERRY NEWMAN 115 STETHEM DRIVE CENTEREACH, NY 11720 | - | | | | | | 688.16 | 688.16 | 0.00 |
| Account No.  GUILFORD COUNTY TAX DEPARTMENT PO BOX 3328 GREENSBORO, NC 27402 | - | | For Notice Purposes Only | | | | 0.00 | 0.00 | 0.00 |
| Account No.  Internal Revenue Service Centralized Insolvency Operations P O Box 7346 Philadelphia, PA 19101-7346 | - | | For Notice Purposes Only | | | | 0.00 | 0.00 | 0.00 |

Sheet __22__ of __30__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal 688.16 | 688.16
(Total of this page) 688.16 | 0.00

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

In re    **Carolina Mattress Guild, Inc.**
_____ ,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| JERRY M CLONINGER 4184 WEDGEWOOD TRAIL TRINITY, NC 27370 | - | | | | | | 249.38 | 249.38 | 0.00 |
| Account No. | | | | | | | | | |
| JOSE A RAMIREZ 910 FISHER FERRY ST, APT A THOMASVILLE, NC 27360 | - | | | | | | 433.13 | 433.13 | 0.00 |
| Account No. | | | For Notice Purposes Only | | | | | | |
| LOUISIANA DEPT OF REVENUE PO BOX 91011 BATON ROUGE, LA 70821-9011 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | For Notice Purposes Only | | | | | | |
| MARYLAND - STATE TAXES REVENUE ADMINISTRATION DIV. 110 CARROLL STREET ANNAPOLIS, MD 21411-0001 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | For Notice Purposes Only | | | | | | |
| MASS. DEPARTMENT OF REVENUE PO BOX 7025 BOSTON, MA 02204 | - | | | | | | 0.00 | 0.00 | 0.00 |

Sheet __23__ of __30__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 682.51 | 682.51 |
| 682.51 | 0.00 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

In re __Carolina Mattress Guild, Inc._____ ,   Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>NC Department of Revenue<br>Attn: Bankruptcy Dept<br>501 N Wilmington Street<br>P.O. Box 25000<br>Raleigh, NC 27640-5000 | - | | For Notice Purposes Only | | | | 0.00 | 0.00<br><br>0.00 |
| Account No. **42-02-878-7**<br><br>NC DEPT COMMERCE<br>DIV OF EMPLOYMENT SECURITY<br>PO BOX 26504<br>RALEIGH, NC 27611-6504 | - | | For Notice Purposes Only | | | | 0.00 | 0.00<br><br>0.00 |
| Account No.<br><br>NEW JERSEY - STATE TAXES<br>DIV. OF TAXATION<br>PO BOX 666<br>TRENTON, NJ 08646-0666 | - | | For Notice Purposes Only | | | | 0.00 | 0.00<br><br>0.00 |
| Account No.<br><br>NEW JERSEY DEPT LABOR &<br>WORKFORCE DEVELOPMENT<br>DIV EMPLOYER ACCOUNTS<br>PO BOX 059<br>TRENTON, NJ 08625-0059 | - | | For Notice Purposes Only | | | | 0.00 | 0.00<br><br>0.00 |
| Account No.<br><br>NEW JERSEY DIV OF TAXATION<br>REVENUE PROESSING CENTER<br>PO BOX 244<br>TRENTON, NJ 08646-0244 | - | | For Notice Purposes Only | | | | 0.00 | 0.00<br><br>0.00 |

Sheet __24__ of __30__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | 0.00 |
(Total of this page) | 0.00 | 0.00

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

In re __Carolina Mattress Guild, Inc.__ , Case No. _____
                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> NEW YORK STATE UNEMPLOYMENT INSURANCE PO BOX 4301 BINGHAMTON, NY 13902-4301 | - | | For Notice Purposes Only | | | | 0.00 | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. <br><br> NJ DEPARTMENT OF THE TREASURY DIV OF REVENUE & ENTERPRISE SERVICES/CORP FILING UNIT PO BOX 308 TRENTON, NJ 08646-0308 | - | | For Notice Purposes Only | | | | 0.00 | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. 2922438 <br><br> NORTH CAROLINA DEPT OF REVENUE PO BOX 25000 RALEIGH, NC 27640 | - | | | | | | 1,748.23 | 1,748.23 |
| | | | | | | | 1,748.23 | 0.00 |
| Account No. <br><br> NYS CORPORATION TAX PROCESSING UNIT PO BOX 22094 ALBANY, NY 12201-2094 | - | | For Notice Purposes Only | | | | 0.00 | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. <br><br> OHIO DEPT OF TAXATION PO BOX 181140 COLUMBUS, OH 43218-1140 | - | | For Notice Purposes Only | | | | 0.00 | 0.00 |
| | | | | | | | 0.00 | 0.00 |

Sheet __25__ of __30__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 1,748.23 |
| (Total of this page) | 1,748.23 | 0.00 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com Best Case Bankruptcy

In re    **Carolina Mattress Guild, Inc.**                         ,     Case No. _____
                                  Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | For Notice Purposes Only | | | | | | |
| ORANGE COUNTY TAX COLLECTOR P O BOX 545100 ORLANDO, FL 32854-5100 | - | | | | | | 40.00 | 40.00 | 0.00 |
| Account No. | | | For Notice Purposes Only | | | | | | |
| PA DEPT OF REV.-BEDDING LIC. BUREAU OF RECEIPTS AND CONTROL DEPT. 280403 HARRISBURG, PA 17128-0403 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | For Notice Purposes Only | | | | | | |
| PA DEPT/REVENUE-CORPORATE TAX PO BOX 280422 HARRISBURG, PA 17128-0422 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | For Notice Purposes Only | | | | | | |
| PA DEPT/REVENUE-NONRESIDENT PO BOX 280403 HARRISBURG, PA 17128-0403 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | For Notice Purposes Only | | | | | | |
| PA DEPT/REVENUE-STATE TAXES PO BOX 280427 HARRISBURG, PA 17128-0427 | - | | | | | | 0.00 | 0.00 | 0.00 |

Sheet **26** of **30** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

40.00

| | |
|---|---|
| | 40.00 |
| 40.00 | 0.00 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                     Best Case Bankruptcy

In re __Carolina Mattress Guild, Inc.__ , Case No. _____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | For Notice Purposes Only | | | | | |
| **PENNSYLVANIA DEPT OF REVENUE BUREAU OF IMAGING & DOCUMENT MANAGEMENT HARRISBURG, PA 17128-0403** | - | | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | For Notice Purposes Only | | | | | |
| **RANDOLPH COUNTY TAX COLLECTOR 725 MCDOWELL ROAD ASHEBORO, NC 27205** | - | | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | For Notice Purposes Only | | | | | |
| **RHODE ISLAND DEPT. OF BUSINESS REGULATION 1511 PONTIAC AVE. BLDG 69-1 CRANSTON, RI 02920** | - | | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | For Notice Purposes Only | | | | | |
| **SC DEPARTMENT OF REVENUE LICENSE AND REGISTRATION UNIT COLUMBIA, SC 29214-0140** | - | | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | For Notice Purposes Only | | | | | |
| **SC DEPT OF REVENUE (CORP) CORPORATE TAXES COLUMBIA, SC 29214** | - | | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |

Sheet __27__ of __30__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 | |
|---|---|---|---|
| | (Total of this page) | 0.00 | 0.00 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re __Carolina Mattress Guild, Inc._____ ,    Case No. _____
                                                  Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**SC DEPT OF REVENUE - TAXES COLUMBIA, SC 29211** | - | | For Notice Purposes Only | | | | 0.00<br><br>0.00 | AMOUNT ENTITLED TO PRIORITY<br>0.00<br>0.00 |
| Account No. <br><br>**SC DEPT OF REVENUE - TAXES COLUMBIA, SC 29214** | - | | For Notice Purposes Only | | | | 0.00<br><br>0.00 | 0.00<br><br>0.00 |
| Account No. <br><br>**SOUTH CAROLINA DEPT EMPLOYMENT AND WORKFORCE PO BOX 7103 COLUMBIA, SC 29202** | - | | For Notice Purposes Only | | | | 0.00<br><br>0.00 | 0.00<br><br>0.00 |
| Account No. **2051160-000** <br><br>**SOUTH CAROLINA DEPT OF REVENUE NOA COLUMBIA, SC 29214-0030** | - | | For Notice Purposes Only | | | | 0.00<br><br>0.00 | 0.00<br><br>0.00 |
| Account No. <br><br>**SOUTH CAROLINA DEPT OF REVENUE WITHHOLDING COLUMBIA, SC 29214** | - | | For Notice Purposes Only | | | | 0.00<br><br>0.00 | 0.00<br><br>0.00 |

Sheet __28__ of __30__ continuation sheets attached to                       Subtotal          | 0.00 |
Schedule of Creditors Holding Unsecured Priority Claims      (Total of this page)   | 0.00 | 0.00 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

In re   **Carolina Mattress Guild, Inc.**                               ,     Case No. _____

                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | For Notice Purposes Only | | | | | | |
| STATE OF CONNECTICUT DEPT OF CONSUMER PROTECTION PO BOX 1869 HARTFORD, CT 06144-1869 | - | | | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | For Notice Purposes Only | | | | | | |
| STATE OF FLORIDA DISBURSE UNIT 000016229DR48 PO BOX 8500 TALLAHASSEE, FL 32314-8500 | - | | | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | For Notice Purposes Only | | | | | | |
| TENNESSEE DEPT OF REVENUE ANDREW JACKSON STATE OFC BLDG 500 DEADERICK STREET NASHVILLE, TN 37242 | - | | | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | For Notice Purposes Only | | | | | | |
| TEXAS COMPTROLLER COMPTROLLER OF PUBLIC ACCOUNTS PO BOX 149348 AUSTIN, TX 78714-9348 | - | | | | | | | 50.00 | |
| | | | | | | | 50.00 | | 0.00 |
| Account No. | | | For Notice Purposes Only | | | | | | |
| TN DEPT OF LABOR/WORKFORCE DEV EMP SEC DIV EMP ACCTS OPER PO BOX 101 NASHVILLE, TN 37202-0101 | - | | | | | | | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |

Sheet  **29**  of  **30**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 50.00 | |
| 50.00 | 0.00 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com           Best Case Bankruptcy

In re **Carolina Mattress Guild, Inc.** , Case No. _____
_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | For Notice Purposes Only | | | | | |
| VIRGINIA DEPT OF TAXATION PO BOX 1777 RICHMOND, VA 23218-1777 | - | | | | | | 0.00 | 0.00 0.00 |
| Account No. | | | For Notice Purposes Only | | | | | |
| WEST VIRGINIA DIV OF LABOR BEDDING SECTION ROOM 749 BDG 6 CAPITOL COMPLEX CHARLESTON, WV 26306 | - | | | | | | 0.00 | 0.00 0.00 |
| Account No. | | | For Notice Purposes Only | | | | | |
| WEST VIRGINIA STATE TAX DEPT INTERNAL AUDITING DIVISION PO BOX 11751 CHARLESTON, WV 25339-1751 | - | | | | | | 0.00 | 0.00 0.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet **30** of **30** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 0.00 | 0.00 0.00 |
| Total (Report on Summary of Schedules) | 94,495.26 | 49,358.21 45,414.78 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

In re **Carolina Mattress Guild, Inc.** ,                 Case No. _____
                                                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **03210-001495000** <br><br> **ACCOUNTEMPS** <br> **12400 COLLECTIONS CENTER DRIVE** <br> **CHICAGO, IL 60693** | - | | | | | | 2,500.00 |
| Account No. **C3055** <br><br> **ADHESIVE PRODUCTS COMPANY** <br> **9635 PARK DAVIS DRIVE** <br> **INDIANAPOLIS, IN 46235** | - | | | | | | 1,186.00 |
| Account No. <br><br> **ADVANCE FIBER TECHNOLOGIES** <br> **344 LODI STREET** <br> **HACKENSACK, NJ 07601-3120** | - | | | | | | 17,220.89 |
| Account No. <br><br> **AEC NARROW FABRICS** <br> **150 NORTH PARK STREET** <br> **ASHEBORO, NC 27203** | - | | | | | | 1,007.65 |
| __26__  continuation sheets attached | | | | | Subtotal <br> (Total of this page) | | 21,914.54 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                         S/N:20666-141124   Best Case Bankruptcy

In re    **Carolina Mattress Guild, Inc.**                                    ,     Case No. _____
                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **AIR POWER INC.** <br> **PO BOX 5406** <br> **HIGH POINT, NC 27262** | - | | | | | | 174.54 |
| Account No. | | | | | | | |
| **ALLMAN SPRY** <br> **PO BOX 5129** <br> **WINSTON SALEM, NC 27113-5129** | - | | | | | | 28,784.88 |
| Account No. | | | | | | | |
| **American Express** <br> **PO Box 47500** <br> **Jacksonville, FL 32247** | - | | | | | | 60,259.89 |
| Account No. | | | | | | | |
| **AMERITRADE TRUST COMPANY** <br> **C/O STANLEY BENEFIT SERVICES** <br> **PO BOX 29329** <br> **GREENSBORO, NC 27429-9329** | - | | | | | | 139.91 |
| Account No. | | | | | | | |
| **ARTHUR OLIVER INC.** <br> **2406 ENGLISH RD.** <br> **PO BOX 88** <br> **HIGH POINT, NC 27261** | - | | | | | | 1,658.42 |

Sheet no. __1__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

91,017.64

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

In re  **Carolina Mattress Guild, Inc.**                                                , Case No. _____

                                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| ATLANTA ATTACHMENT 362 INDUSTRIAL PARK DRIVE LAWRENCEVILLE, GA 30046 | - | | | | | | | 2,535.72 |
| Account No. | | | | | | | | |
| Bank of America P.O.Box 1091 Charlotte, NC 28254 | - | | | | | | | 102,233.25 |
| Account No. **18985** | | | | | | | | |
| BANK OF THE WEST DEPT LA 23091 PO BOX 7167 PASADENA, CA 91109-7167 | - | | | | | | | 1,214.75 |
| Account No. **10295** | | | | | | | | |
| BECHIK PRODUCTS, INC. 1020 DISCOVERY ROAD, STE 150 EAGAN, MN 55121 | - | | | | | | | 577.56 |
| Account No. | | | | | | | | |
| BECO INC. PO BOX 2023 HIGH POINT, NC 27261 | - | | | | | | | 210.50 |

Sheet no. __2__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)                     **106,771.78**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

In re  **Carolina Mattress Guild, Inc.** ,  Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **BRANSON'S AUTO SERVICE, INC.** <br> **210 EAST MAIN ST.** <br> **THOMASVILLE, NC 27360** | - | | | | | | 56.35 |
| Account No. <br><br> **BRENTWOOD TEXTILES** <br> **P.O. Box 1124** <br> **HIGH POINT, NC 27261** | - | | | | | | 7,127.50 |
| Account No. **POLICY# 0196-18316** <br><br> **BRIDGEFIELD CASUALTY** <br> **P O BOX 3643** <br> **LAKELAND, FL 33802-3643** | - | | | | | | 30,213.63 |
| Account No. **1040066-01** <br><br> **BRIGHT HOUSE NETWORKS** <br> **3767 ALL AMERICAN BLVD** <br> **ORLANDO, FL 32810-2418** | - | | | | | | 274.86 |
| Account No. <br><br> **CANNON SLEEP** <br> **375 S WEST AVE** <br> **FRESNO, CA 93706** | - | | | | | | 2,100.00 |

Sheet no. __3__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      39,772.34

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Carolina Mattress Guild, Inc.** ,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**CHAIR CITY SUPPLY COMPANY, INC**<br>P.O. BOX 927<br>THOMASVILLE, NC 27360 | - | | | | | | 434.33 |
| Account No. <br><br>**CINTAS**<br>Attn: Accts. Receivables<br>4345 Federal Drive<br>Greensboro, NC 27410 | - | | | | | | 924.02 |
| Account No. **3670**<br><br>**CINTAS CORP #45**<br>4345 FEDERAL DRIVE<br>GREENSBORO, NC 27410 | - | | | | | | 2,067.99 |
| Account No. **073-12044**<br><br>**CINTAS CORP. #073 FLORIDA ACCT**<br>P.O. BOX 630910<br>CINCINNATI, OH 45263-0910 | - | | | | | | 249.06 |
| Account No. <br><br>**CITY OF THOMASVILLE**<br>PO BOX 368<br>THOMASVILLE, NC 27360 | - | | | | | | 1,366.98 |

Sheet no. __4__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **5,042.38**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

In re  **Carolina Mattress Guild, Inc.**                              ,          Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| City of Thomasville 525 Turner St. Thomasville, NC 27360 | - | | | | | | | 804.88 |
| Account No. | | | | | | | | |
| COLONIAL LIFE PROCESSING CENTER P.O. BOX 903 COLUMBIA, SC 29202-0903 | - | | | | | | | 3,115.02 |
| Account No. | | | | | | | | |
| COLONIAL,LLC PO BOX 148 HIGH POINT, NC 27261 | - | | | | | | | 14,114.60 |
| Account No. | | | | | | | | |
| CONCEPT INTN'L TRANSPORTATION 368 SYCAMORE STREET BUFFALO, NY 14204 | - | | | | | | | 7,200.00 |
| Account No. | | | | | | | | |
| CRYSTAL SPRINGS 6750 DISCOVERY BLVD MABLETON, GA 30126 | - | | | | | | | 3.20 |

Sheet no. __5__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

25,237.70

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

In re   **Carolina Mattress Guild, Inc.** _____,   Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| CT-NASSAU TAPE, LLC<br>PO BOX 39<br>4101 S. NC62<br>ALAMANCE, NC 27201-0039 | - | | | | | | 23,360.49 |
| Account No. | | | | | | | |
| CT-NASSAU TICKING<br>PO BOX 160<br>1504 ANTHONY ROAD<br>ALAMANCE, NC 27201-0160 | - | | | | | | 105,952.71 |
| Account No. | | | | | | | |
| CULP<br>1823 EASTCHESTER DRIVE<br>HIGH POINT, NC 27265 | - | | | | | | 860.05 |
| Account No. | | | | | | | |
| D&K TAPE, LLC<br>200 APPALACHIAN RD<br>FLOYD, VA 24091 | - | | | | | | 756.79 |
| Account No. | | | | | | | |
| DANIEL L. APPLE<br>APPLE EQUIPMENT COMPANY<br>565 PAGETOWN RD<br>ELON, NC 27244 | - | | | | | | 1,480.00 |

Sheet no. __6__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                         **132,410.04**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

In re **Carolina Mattress Guild, Inc.**             ,      Case No. _____

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| **Account No.** <br><br> **DESLEECLAMA NORTH AMERICA** <br> **1880 CAMPTON ROAD** <br> **INMAN, SC 29349** | - | | | | | | | 6,932.87 |
| **Account No.** <br><br> **DIAMOND ROAD** <br> **1635 DIAMOND STATION ROAD** <br> **EPHRATA, PA 17522** | - | | | | | | | 148,641.94 |
| **Account No. 294546** <br><br> **DILLON SUPPLY CO** <br> **WS 230-010** <br> **PO BOX 14506** <br> **RALEIGH, NC 27620** | - | | | | | | | 305.64 |
| **Account No. 1477277707** <br><br> **DUKE ENERGY** <br> **P.O. BOX 70516** <br> **CHARLOTTE, NC 28272-0516** | - | | | | | | | 202.97 |
| **Account No.** <br><br> **DUNCAN TICKINGS** <br> **1421 NORTHWEST 23RD STREET** <br> **OKLAHOMA CITY, OK 73106** | - | | | | | | | 8,127.09 |

Sheet no. __7__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **164,210.51**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

In re **Carolina Mattress Guild, Inc.** ,   Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **NCHIG1413**<br><br>**FASTENAL COMPANY**<br>**1000 WEST FAIRFIELD RD**<br>**HIGH POINT, NC 27263** | | - | | | | | | 212.85 |
| Account No. **78241**<br><br>**FASTENING SOLUTIONS, INC.**<br>**3075 SELMA HIGHWAY**<br>**MONTGOMERY, AL 36108** | | - | | | | | | 211.14 |
| Account No.<br><br>**FEDERAL EXPRESS**<br>**PO BOX 371461**<br>**PITTSBURGH, PA 15250-7461** | | - | | | | | | 76.48 |
| Account No.<br><br>**FLEXIBLE FOAM PRODUCTS, INC.**<br>**CORP OFFICE:**<br>**220 S. ELIZABETH ST.**<br>**SPENCERVILLE, OH 45887** | | - | | | | | | 77,699.33 |
| Account No.<br><br>**FOAMEX INNOVATIONS**<br>**ROSE TREE CORPORATE CENTER II**<br>**1400 N PROVIDENCE RD. STE 2000**<br>**MEDIA, PA 19063-2076** | | - | | | | | | 148,324.92 |

Sheet no. **8** of **26** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 226,524.72

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

In re    **Carolina Mattress Guild, Inc.**          ,      Case No. _____
                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**FURNITURE TODAY**<br>**P.O. BOX 10603**<br>**RIVERTON, NJ 08076-5003** | - | | | | | | 2,589.97 |
| Account No. <br><br>**GLENNS SEWING MACHINE**<br>**PO BOX 702**<br>**HIGH POINT, NC 27261** | - | | For Notice Purposes Only | | | | 40.40 |
| Account No. <br><br>**GLOBAL TEXTILES**<br>**2361 HOLIDAY LOOP RD.**<br>**REIDSVILLE, NC 27320** | - | | | | | | 54,652.79 |
| Account No. 840742159<br><br>**GRAINGER INC.**<br>**101 SOUTHCHASE BLVD**<br>**FOUNTAIN INN, SC 29644-9019** | - | | For Notice Purposes Only | | | | 66.49 |
| Account No. 003-0830213-000<br><br>**GREAT AMERICA FINANCIAL SERV.**<br>**ACCOUNT SERVICES**<br>**SUITE 800**<br>**625 FIRST STREET SE**<br>**CEDAR RAPIDS, IA 52401** | - | | | | | | 583.70 |

Sheet no. __9__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     57,933.35

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

In re   **Carolina Mattress Guild, Inc.** _____,   Case No. _____
                                                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**GRIBETZ INTERNATIONAL SAWGRASS INTL CORP PARK 13800 NORTH WEST 4TH ST. SUNRISE, FL 33325** | - | | | | | | 1,870.00 |
| Account No. **253837** <br><br>**HAFELE AMERICA CO. 3901 CHEYENNE DR. ARCHDALE, NC 27263-4000** | - | | | | | | 1,693.72 |
| Account No. **CUST# 51165** <br><br>**HANES CONVERTING CO. 500 N. McLIN CREEK RD P.O. BOX 457 CONOVER, NC 28613-0457** | - | | | | | | 105,857.76 |
| Account No. <br><br>**HIGH POINT ENTERPRISE PO BOX 1009 HIGH POINT, NC 27261** | - | | | | | | 171.76 |
| Account No. <br><br>**HIGH POINT FIBERS 601 OLD THOMASVILLE ROAD HIGH POINT, NC 27260** | - | | | | | | 9,169.41 |

Sheet no. __10__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    118,762.65

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

In re __**Carolina Mattress Guild, Inc.**_____,    Case No. _____

_____Debtor_____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **HILL LIGHTING** **1534 NATIONAL HIGHWAY** **THOMASVILLE, NC 27360** | - | | | | | | 109.14 |
| Account No. | | | | | | | |
| **IDEACOM** **PO BOX 307** **KERNERSVILLE, NC 27285** | - | | | | | | 430.00 |
| Account No. | | | | | | | |
| **INNOFA USA LLC** **716 COMMERCE DRIVE** **EDEN, NC 27288** | - | | | | | | 196,655.52 |
| Account No. | | | | | | | |
| **JG EDELEN** **PO BOX 824952** **PHILADELPHIA, PA 19182** | - | | | | | | 3,009.24 |
| Account No. | | | | | | | |
| **JOHN E. FOX, INC.** **THE FOX COMPANY** **2909 INTERSTATE ST.** **CHARLOTTE, NC 28208** | - | | | | | | 1,037.16 |

Sheet no. __11__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **201,241.06**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

In re __Carolina Mattress Guild, Inc._____,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| JOMEL INDUSTRIES, INC. 140 CENTRAL AVENUE HILLSIDE, NJ 07205 | - | | | | | | 2,406.41 |
| Account No. | | | | | | | |
| KEZIAH GATES LLP PO BOX 2608 NC DEPT INS #3050 HIGH POINT, NC 27261-2608 | - | | | | | | 6,954.12 |
| Account No. | | | | | | | |
| LAMPE USA INC. 3660 NC HIGHWAY 770 A STONEVILLE, NC 27048-8713 | - | | | | | | 8,830.72 |
| Account No. | | | | | | | |
| LANDSTAR RANGER, INC. 13410 SUTTON PARK DRIVE SOUTH JACKSONVILLE, FL 32224 | - | | | | | | 18,125.00 |
| Account No. | | | | | | | |
| LATEXCO LLC 975 GERRARD RD. LAVONIA, GA 30553 | - | | | | | | 9,666.81 |

Sheet no. __12__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    45,983.06

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Carolina Mattress Guild, Inc.** ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>LB&A, PLLC<br>1801 Stanley Rd., Ste. 220<br>Greensboro, NC 27407 | - | | | | | | 1,470.00 |
| Account No. 60675<br><br>LEGGETT & PLATT SPRINGS<br>HIGHPOINT SPG - 1506<br>1629 BLANDWOOD DR.<br>HIGH POINT, NC 27260 | - | | | | | | 652,579.69 |
| Account No. 8911495<br><br>Leggett & Platt- Lakeland, FL<br>LEGGETT & PLATT - BR. 0026<br>2715 CRYSTAL LAKE ACRES DRIVE<br>LAKELAND, FL 33801 | - | | | | | | 8,196.19 |
| Account No. 60675<br><br>Leggett & Platt- Porter Intn'l<br>PORTER INTERNATIONAL<br>131 ZAPLETAL WAY<br>CARTHAGE, MO 64836 | - | | | | | | 334.58 |
| Account No.<br><br>LES TRICOTS MAXIME INC.<br>KNITTING MILLS<br>828 DESLAURIERS<br>Montreal Canada H4N 1X1 | - | | | | | | 77,077.00 |

Sheet no. __13__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  739,657.46

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

In re **Carolina Mattress Guild, Inc.** , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **LINC SYSTEMS, INC.** <br> **16540 SOUTHPARK DRIVE** <br> **WESTFIELD, IN 46074** | - | | | | | | 14,581.19 |
| Account No. <br><br> **LOGO PROS** <br> **4475 K MORRIS PARK DRIVE** <br> **CHARLOTTE, NC 28227** | - | | | | | | 7,989.72 |
| Account No. <br><br> **Lowe's** <br> **PO Box 25428** <br> **Charlotte, NC 28229** | - | | | | | | 1,232.80 |
| Account No. **821 3134 903259 4** <br><br> **LOWE'S BUSINESS ACCOUNT** <br> **P O BOX 530970** <br> **ATLANTA, GA 30353-0970** | - | | | | | | 2,597.17 |
| Account No. **109333** <br><br> **MARKET SQUARE TRS** <br> **SHIPPING/REC** <br> **TRADE SHOW** <br> **PO BOX 417520** <br> **BOSTON, MA 02241-7520** | - | | | | | | 10,983.96 |

Sheet no. __14__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **37,384.84**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

In re   **Carolina Mattress Guild, Inc.**                                    ,        Case No. _____
_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| MARVINS GARAGE DOORS 3521 SMITHERMAN ROAD EAST BEND, NC 27018 | - | | | | | | | 2,174.74 |
| Account No. | | | | | | | | |
| MCDONALD SERVICES, INC. 7427 PRICE TUCKER ROAD MONROE, NC 28110 | - | | | | | | | 1,059.03 |
| Account No. | | | | | | | | |
| MINUTE MAN UPHOLSTERY SUPPLY 1905 SOUTH ELM STREET HIGH POINT, NC 27260 | - | | | | | | | 78.60 |
| Account No. | | | | | | | | |
| MOUNTAIN TOP FOAM 25 ELMWOOD RD MOUNTAIN TOP, PA 18707 | - | | | | | | | 24,466.61 |
| Account No. | | | | | | | | |
| NAJA VINSON 27 CURRY STREET LEXINGTON, NC 27292 | - | | | | | | | 172.38 |

Sheet no. __15__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **27,951.36**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

In re __Carolina Mattress Guild, Inc._____,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **025-7110** | | | | For Notice Purposes Only | | | | |
| **NORTH STATE COMMUNICATIONS PO BOX 612 HIGH POINT, NC 27261-0612** | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **NORTHERN SAFETY CO. 232 INDUSTRIAL PARK DR. FRANKFORT, NY 13340** | - | | | | | | | 246.96 |
| Account No. | | | | | | | | |
| **OFFICE DEPOT 5809 LONGSCREEK PK. DR. CHARLOTTE, NC 28269** | - | | | | | | | 1,293.48 |
| Account No. **035437-000001** | | | | | | | | |
| **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. PO BOX 89 COLUMBIA, SC 29202** | - | | | | | | | 16,553.38 |
| Account No. **40374** | | | | | | | | |
| **OLD DOMINION FREIGHT PO BOX 198475 ATLANTA, GA 30384-8475** | - | | | | | | | 2,750.34 |

Sheet no. __16__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

20,844.16

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

In re   **Carolina Mattress Guild, Inc.** _____,   Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| ORBITAL SYSTEM ADMINISTRATION 301 S ELM ST., SUITE 512 GREENSBORO, NC 27401 | - | | | | | | 2,755.91 |
| Account No. | | | | | | | |
| PACKAGING PRODUCTS INC 200 LITTLE CREEK DRIVE BASSETT, VA 24055 | - | | | | | | 19,552.24 |
| Account No. | | | | | | | |
| PENKSE TRUCK LEASING-FUEL 706 WARD AVE. HIGH POINT, NC 27260 | - | | | | | | 7,264.32 |
| Account No. | | | | | | | |
| PENSKE FLO TRUCK LEASING CO 706 WARD AVE. HIGH POINT, NC 27260 | - | | | | | | 11,971.60 |
| Account No. | | | | | | | |
| PENSKE TRUCK LEASING CO 706 WARD AVE. HIGH POINT, NC 27260 | - | | | | | | 123,384.18 |

Sheet no. __17__ of __26__ sheets attached to Schedule of         Subtotal
Creditors Holding Unsecured Nonpriority Claims                (Total of this page)         164,928.25

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

In re **Carolina Mattress Guild, Inc.** _____,     Case No. _____

                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **PENSKE TRUCK MAINTENANCE** <br> **706 WARD AVE.** <br> **HIGH POINT, NC 27260** | - | | | | | | 8,199.94 |
| Account No. <br><br> **PFG** <br> **301 N. ELM STREET** <br> **SUITE 600** <br> **GREENSBORO, NC 27401** | - | | | | | | 31,854.78 |
| Account No. <br><br> **PHOENIX TRIM WORKS** <br> **2211 REACH RD.** <br> **WILLIAMSPORT, PA 17701** | - | | | | | | 11,274.00 |
| Account No. **116863** <br><br> **PILOT TRAVEL CENTERS LLC** <br> **PO BOX 11407** <br> **BIRMINGHAM, AL 35246-1314** | - | | | | | | 2,144.76 |
| Account No. <br><br> **POINTER ELECTRIC** <br> **PO BOX 2327** <br> **HIGH POINT, NC 27261-2327** | - | | For Notice Purposes Only | | | | 86.01 |

Sheet no. __18__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                       Subtotal <br> (Total of this page)     **53,559.49**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

In re   **Carolina Mattress Guild, Inc.** ,   Case No. _____
                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **PREFERRED FURN COMP PO DRAWER 7168 HIGH POINT, NC 27264** | - | | | | | | 61.84 |
| Account No. | | | | | | | |
| **PREMIER SUPPLY INC PO BOX 6345 HIGH POINT, NC 27262** | - | | | | | | 1,613.96 |
| Account No. | | | | | | | |
| **PROFESSIONAL SUPPORT SERVICES DOT COMPLIANCE SPECIALISTS 717 CAMANN STREET GREENSBORO, NC 27407** | - | | | | | | 400.00 |
| Account No. 087-679-5078 | | | For Notice Purposes Only | | | | |
| **PROGRESS ENERGY/DUKE ENERGY P.O. BOX 14042 ST. PETERSBURG, FL 33733** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **RELIANCE STANDARD INSURANCE 6101 CARNEGIE BLVD, STE 300 CHARLOTTE, NC 28209** | - | | | | | | 2,950.20 |

Sheet no. __19__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,026.00

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Carolina Mattress Guild, Inc.**                                          ,          Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| RESPONSE COMPUTER GROUP INC. 213 WEST LIBERTY WAY MILFORD, DE 19963 | - | | | | | | 5,628.75 |
| Account No. | | | | | | | |
| RIFCO SERVICES, INC. dba JAN-PRO CLEANING SERVICES OF THE TRIAD 201-J POMONA DRIVE GREENSBORO, NC 27407 | - | | | | | | 3,008.00 |
| Account No. | | | | | | | |
| ROYAL TRANSPORT, INC. 2108 S. ELM ST. HIGH POINT, NC 27260 | - | | | | | | 4,400.00 |
| Account No. | | | | | | | |
| SAN-GAR ENTERPRISES, INC. 1101 PROSPECT STREET HIGH POINT, NC 27260 | - | | | | | | 880.00 |
| Account No. | | | | | | | |
| SCHMIDT MACHINE CO, INC. 15446 BLAKELEY TRAIL BELLE PLAINE, MN 56011 | - | | | | | | 410.15 |

Sheet no. __20__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **14,326.90**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

In re **Carolina Mattress Guild, Inc.**          Case No. _____

                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **SHAWN PRODUCTS, INC** <br> **PO BOX 7227** <br> **HIGH POINT, NC 27264** | - | | | | | | 549.74 |
| Account No. <br><br> **SLEEPY'S LLC** <br> **1000 SOUTH OYSTER BAY RD** <br> **HICKSVILLE, NY 11801** | - | | | | | | 40,142.21 |
| Account No. **10104084** <br><br> **SOUTHEASTERN FREIGHT** <br> **PO BOX 100104** <br> **COLUMBIA, SC 29202-3104** | - | | | | | | 12,906.00 |
| Account No. <br><br> **SPECKMAN COMMERCIAL PROPERTIES** <br> **1836 EASTCHESTER DR., STE 106** <br> **HIGH POINT, NC 27265** | - | | | | | | 6,510.00 |
| Account No. <br><br> **STN CUSHION COMPANY** <br> **3 REGENCY INDUSTRIAL BLVD** <br> **THOMASVILLE, NC 27361** | - | | | | | | 3,150.00 |

Sheet no. __21__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                    Subtotal <br> (Total of this page)      **63,257.95**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

In re __Carolina Mattress Guild, Inc._____,    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| SUNBELT RENTALS, INC. 2101 W. LANDSTREET RD ORLANDO, FL 32809 | - | | | | | | 1,941.22 |
| Account No. 218405 | | | | | | | |
| SUNSHINE RECYCLING, INC. PO BOX 919360 ORLANDO, FL 32891-9360 | - | | | | | | 213.12 |
| Account No. | | | | | | | |
| SUPERIOR MECHANICAL, INC. PO BOX 877 RANDLEMAN, NC 27317 | - | | | | | | 256.50 |
| Account No. | | | | | | | |
| TECHNA 8401 STERLING BRIDGE RD CHAPEL HILL, NC 27516 | - | | | | | | 9,250.00 |
| Account No. tvillecoc@northstate.net | | | | | | | |
| THOMASVILLE CHAMBER COMMERCE 6 WEST MAIN STREET P.O. BOX 1400 THOMASVILLE, NC 27361-1400 | - | | | | | | 1,352.00 |

Sheet no. __22__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **13,012.84**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

In re **Carolina Mattress Guild, Inc.**                                                    , Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| THOMASVILLE-DEXEL INC. PO BOX 7688 HIGH POINT, NC 27264-7688 | - | | | | | | | 213.90 |
| Account No. | | | | | | | | |
| THOMPSON-BUMP TEXTILES, INC. 5479 PROSPECT ST. ARCHDALE, NC 27263 | - | | | | | | | 9,220.40 |
| Account No. 202-475710501-001 | | | | | | | | |
| TIME WARNER CABLE PO BOX 70872 CHARLOTTE, NC 28272-0872 | - | | | | | | | 2,122.85 |
| Account No. AC3780 | | | | | | | | |
| TOSHIBA BUSINESS SOLUTIONS ADMINISTRATION OFFICE 9201-J SOUTHERN PINE BLVD CHARLOTTE, NC 28273 | - | | | | | | | 1,874.28 |
| Account No. | | | | | | | | |
| ULTRA DISTRIBUTORS INC. 6620 N CENTRAL AVENUE PIKE KNOXVILLE, TN 37912 | - | | | | | | | 2,421.32 |

Sheet no. __23__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                   15,852.75

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

In re **Carolina Mattress Guild, Inc.** , Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **454590** <br><br> **UNITED HEALTHCARE DEPT. CH 10151 6005505151C0009 PALATINE, IL 60055-0151** | | - | | | | | 44,659.49 |
| Account No. <br><br> **UNITED PARCEL SERVICE P.O. BOX 505820 THE LAKES, NV 88905-5820** | | - | For Notice Purposes Only | | | | 0.00 |
| Account No. <br><br> **UNIVERSAL FOREST PRODUCTS 358 Woodmill Road Salisbury, NC 28145** | | - | | | | | 22,243.32 |
| Account No. **513453013-00001** <br><br> **VERIZON WIRELESS P.O. BOX 4001 ACWORTH, GA 30101** | | - | | | | | 556.32 |
| Account No. <br><br> **VICTORY PACKAGING, L.P. 350 GILLS DRIVE ORLANDO, FL 32824** | | - | | | | | 13,680.00 |

Sheet no. __24__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 81,139.13

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

In re __**Carolina Mattress Guild, Inc.**_____ ,     Case No. _____

                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **11849377** | | | | | | | |
| **WASTE MANAGEMENT OF THE CAROLINAS 390 INNOVATION WAY WELLFORD, SC 29385-8900** | - | | | | | | 696.87 |
| Account No. **200758604** | | | For Notice Purposes Only | | | | |
| **WELLS FARGO FINANCIAL ACCOUNTS RECEIVABLE P.O. BOX 7777 SAN FRANCISCO, CA 94120-7777** | - | | | | | | 0.00 |
| Account No. **3200000445** | | | | | | | |
| **WESTFIELD INSURANCE ONE PARK CIRCLE PO BOX 5001 WESTFIELD CTR, OH 44251** | - | | | | | | 25,911.62 |
| Account No. **438447** | | | | | | | |
| **WILCO / HESS FleetOne LLC MSC 30425 PO BOX 415000 NASHVILLE, TN 37241-5000** | - | | | | | | 75,012.30 |
| Account No. **14150** | | | | | | | |
| **Wm.T.Burnett & Co. 2550 West Front Street Statesville, NC 28677** | - | | | | | | 135,173.62 |
| Sheet no. __25__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | Subtotal (Total of this page) | | | | 236,794.41 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

In re  **Carolina Mattress Guild, Inc.** ,  Case No. _____

_____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **TENANT# 100735** <br><br> **WMC EXPERIENCES SPE, LLC** <br> **C/O INTERNATIONAL MARKET CENTR** <br> **495 S. GRAND CENTRAL PKWY#2203** <br> **LAS VEGAS, NV 89106** | - | | | | | | 1,180.00 |
| Account No. <br><br> **WORKERS' COMPENSATION ADMIN TRUST FUND** <br> **PO BOX 6100** <br> **TALLAHASSEE, FL 32399-4216** | - | | For Notice Purposes Only | | | | 0.00 |
| Account No. **TENANT# 100735** <br><br> **WORLD MARKET CENTER LAS VEGAS** <br> **495 S. GRAND CENTRAL PKWY** <br> **SUITE 2203** <br> **LAS VEGAS, NV 89106** | - | | | | | | 28,180.00 |
| Account No. **MATTGUI** <br><br> **WRIGHT OF THOMASVILLE** <br> **PO BOX 1069** <br> **THOMASVILLE, NC 27361** | - | | | | | | 8,462.50 |
| Account No. **90-0002550218** <br><br> **XPEDX** <br> **3900 SPRING GARDEN ST** <br> **GREENSBORO, NC 27407** | - | | | | | | 43,331.59 |

Sheet no. __26__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 81,154.09 |
| Total (Report on Summary of Schedules) | 2,791,711.40 |

B6G (Official Form 6G) (12/07)

.

In re   **Carolina Mattress Guild, Inc.**               ,      Case No. _____

                                     Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| | |

**0**
____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re   **Carolina Mattress Guild, Inc.** , Case No. _____

Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Neal & Kathryn Grigg<br>226 Ethan Dr.<br>High Point, NC 27265 | Bank of North Carolina<br>Attn: Legal Dept.<br>1110 Dover Road<br>Greensboro, NC 27408 |
| Neal & Kathryn Grigg<br>226 Ethan Dr.<br>High Point, NC 27265 | Bank of North Carolina<br>Attn: Legal Dept.<br>1110 Dover Road<br>Greensboro, NC 27408 |
| Neal & Kathryn Grigg<br>226 Ethan Dr.<br>High Point, NC 27265 | Bank of North Carolina<br>Attn: Legal Dept.<br>1110 Dover Road<br>Greensboro, NC 27408 |
| Neal & Kathryn Grigg<br>226 Ethan Dr.<br>High Point, NC 27265 | Audi Fincancial Services<br>PO Box 3<br>Newberg, OR 97132 |
| Neal & Kathryn Grigg<br>226 Ethan Dr.<br>High Point, NC 27265 | Mercedes-Benz Financial Services<br>P.O. Box 685<br>Roanoke, TX 76262 |
| Neal & Kathryn Grigg<br>226 Ethan Dr.<br>High Point, NC 27265 | Future Foam, Inc.<br>1610 Ave. N.<br>Council Bluffs, IA 51501 |
| Neal Grigg | Bank of North Carolina<br>Attn: Legal Dept.<br>1110 Dover Road<br>Greensboro, NC 27408 |

**0**

_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

# United States Bankruptcy Court
## Middle District of North Carolina

In re    Carolina Mattress Guild, Inc.                Case No.

                                   Debtor(s)                Chapter    7

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   __72__   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   December 15, 2014               Signature    /s/ Neal Grigg

                                                 Neal Grigg
                                               President

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of North Carolina

In re    Carolina Mattress Guild, Inc.         Case No. _____

                     Debtor(s)       Chapter    7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---:|
| For legal services, I have agreed to accept | $ | 5,000.00 |
| Prior to the filing of this statement I have received | $ | 5,000.00 |
| Balance Due | $ | 0.00 |

2.   The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d. [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
         Representation in any adversary proceedings, or in the event the case is converted to Chapter 11.

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    December 15, 2014             /s/ Stephanie L. Osborne

                                                    Stephanie L. Osborne 29374
                                                    Northen Blue, L.L.P.
                                                    1414 Raleigh Road, Suite 435
                                                    P.O. Box 2208
                                                    Chapel Hill, NC 27515-2208
                                                    (919) 968-4441

# United States Bankruptcy Court
## Middle District of North Carolina

In re    Carolina Mattress Guild, Inc.            Case No. _____

                             Debtor(s)      Chapter    7

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    December 15, 2014             /s/ Neal Grigg

                                       Neal Grigg/President
                                       Signer/Title

Credit Bureau
PO Box 26140
Greensboro, NC 27402


Internal Revenue Service
Centralized Insolvency Operations
P O Box 7346
Philadelphia, PA 19101-7346


N.C. Dept. of Revenue
P.O. Box 1168
Raleigh, NC 27603-1168


Abel Herrera-Quezada
208 Liberty Dr.
Thomasville, NC 27360


ACCOUNTEMPS
12400 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693


ADHESIVE PRODUCTS COMPANY
9635 PARK DAVIS DRIVE
INDIANAPOLIS, IN 46235


ADVANCE FIBER TECHNOLOGIES
344 LODI STREET
HACKENSACK, NJ 07601-3120


AEC NARROW FABRICS
150 NORTH PARK STREET
ASHEBORO, NC 27203


AIR POWER INC.
PO BOX 5406
HIGH POINT, NC 27262


Alan B. Powell
Roberson Haworth & Reece, PLLC
300 N. Main St., Ste. 300
PO Box 1150
High Point, NC 27261

Alan B. Powell
Roberson Haworth & Reece, PLLC
300 N. Main St., Ste. 300
PO Box 1550
High Point, NC 27261


Alan B. Powell
Roberson Haworth & Reece, PLLC
300 N. Main St., Ste. 300
PO Box 1550
High Point, NC 27261


Albert Phelps, II
551 Gandy Lane
Lexington, NC 27295


ALLMAN SPRY
PO BOX 5129
WINSTON SALEM, NC 27113-5129


Amanda R. Grigg
1104 North Rotary
High Point, NC 27262


American Express
PO Box 47500
Jacksonville, FL 32247


AMERITRADE TRUST COMPANY
C/O STANLEY BENEFIT SERVICES
PO BOX 29329
GREENSBORO, NC 27429-9329


Ann S. Bump
201 Lake Drive East
Thomasville, NC 27360


Antonio D. Powers
204 Foster St. Apt. Ba
Thomasville, NC 27360


Antonio Dominguez-Gonzalez
731 Will Johnson Rd.
Thomasville, NC 27360

ARTHUR OLIVER INC.
2406 ENGLISH RD.
PO BOX 88
HIGH POINT, NC 27261


Ascentium Capital, LLC
23970 US Hwy 59
Kingwood, TX 77339


ATLANTA ATTACHMENT
362 INDUSTRIAL PARK DRIVE
LAWRENCEVILLE, GA 30046


Audi Fincancial Services
PO Box 3
Newberg, OR 97132


Bank of America
P.O.Box 1091
Charlotte, NC 28254


Bank of North Carolina
Attn: Legal Dept.
1110 Dover Road
Greensboro, NC 27408


Bank of North Carolina
Attn: Legal Dept.
1110 Dover Road
Greensboro, NC 27408


Bank of North Carolina
Attn: Legal Dept.
1110 Dover Road
Greensboro, NC 27408


Bank of North Carolina
Attn: Legal Dept.
1110 Dover Road
Greensboro, NC 27408


Bank of North Carolina
Attn: Legal Dept.
1110 Dover Road
Greensboro, NC 27408

```
Bank of North Carolina
Attn: Legal Dept.
1110 Dover Road
Greensboro, NC 27408


Bank of North Carolina
Attn: Legal Dept.
1110 Dover Road
Greensboro, NC 27408


Bank of North Carolina
Attn: Legal Dept.
1110 Dover Road
Greensboro, NC 27408


Bank of North Carolina
Attn: Legal Dept.
1110 Dover Road
Greensboro, NC 27408


Bank of North Carolina
Attn: Legal Dept.
1110 Dover Road
Greensboro, NC 27408


Bank of North Carolina
Attn: Legal Dept.
1110 Dover Road
Greensboro, NC 27408


Bank of North Carolina
Attn: Legal Dept.
1110 Dover Road
Greensboro, NC 27408


BANK OF THE WEST
DEPT LA 23091
PO BOX 7167
PASADENA, CA 91109-7167


Bank of the West
PO Box 8050
Attn: Linda Whatford
Walnut Creek, CA 94597
```

Barry W. Leach
211 Fearington Dr.
Kernersville, NC 27284


BECHIK PRODUCTS, INC.
1020 DISCOVERY ROAD, STE 150
EAGAN, MN 55121


BECO INC.
PO BOX 2023
HIGH POINT, NC 27261


Benjamin Simmons
1411 Lynwood Terrace
High Point, NC 27265


BRANSON'S AUTO SERVICE, INC.
210 EAST MAIN ST.
THOMASVILLE, NC 27360


BRENDA PETERSON
4584 COLONIAL CIRCLE
TRINITY, NC 27370


Brenda Peterson
4584 Colonial Cir.
Trinity, NC 27370


BRENTWOOD TEXTILES
P.O. Box 1124
HIGH POINT, NC 27261


BRIDGEFIELD CASUALTY
P O BOX 3643
LAKELAND, FL 33802-3643


BRIGHT HOUSE NETWORKS
3767 ALL AMERICAN BLVD
ORLANDO, FL 32810-2418


Calvin J. Junious
410 Davidson St.
Thomasville, NC 27360

```
CANNON SLEEP
375 S WEST AVE
FRESNO, CA 93706


Carlos Dominguez-Gomez
514 Center St.
Lexington, NC 27292


Cecilia S. Garcia
718 Westchester Key
Apt. P
High Point, NC 27262


CHAIR CITY SUPPLY COMPANY, INC
P.O. BOX 927
THOMASVILLE, NC 27360


Christopher Brykailo
3082 Green Tree Rd.
Thomasville, NC 27360


CINTAS
Attn: Accts. Receivables
4345 Federal Drive
Greensboro, NC 27410


CINTAS CORP #45
4345 FEDERAL DRIVE
GREENSBORO, NC 27410


CINTAS CORP. #073 FLORIDA ACCT
P.O. BOX 630910
CINCINNATI, OH 45263-0910


CITY OF THOMASVILLE
PO BOX 368
THOMASVILLE, NC 27360


City of Thomasville
525 Turner St.
Thomasville, NC 27360
```

```
COLONIAL LIFE
PROCESSING CENTER
P.O. BOX 903
COLUMBIA, SC 29202-0903


COLONIAL,LLC
PO BOX 148
HIGH POINT, NC 27261


COMMONWEALTH OF MASS. - TAXES
CORPORATIONS DIVISION
ONE ASHBURTON PLACE
BOSTON, MA 02108-1512


COMMONWEALTH OF MASSACHUSETTS
DEPT OF PUBLIC HEALTH,
FOOD PROTECTION PROGRAM
305 SOUTH STREET
JAMAICA PLAIN, MA 02130-3597


COMMONWEALTH OF PENNSYLVANIA
DEPT. OF LABOR AND INDUSTRY
BEDDING & UPHOLSTERY SECTION
651 BOAS STREET
HARRISBURG, PA 17121


COMMONWEALTH OF VIRGINIA
DEPARTMENT OF HEALTH
BEDDING & UPHOLSTERED FURN INS
P.O. BOX 2448 - ROOM 521
RICHMOND, VA 23218


COMPTROLLER OF PUBLIC ACCOUNTS
PO BOX 149348
AUSTIN, TX 78714-9348


CONCEPT INTN'L TRANSPORTATION
368 SYCAMORE STREET
BUFFALO, NY 14204


CONNECTICUT - STATE TAXES
DEPT OF REVENUE
PO BOX 2936
HARTFORD, CT 06104
```

CRYSTAL SPRINGS
6750 DISCOVERY BLVD
MABLETON, GA 30126


CT-NASSAU TAPE, LLC
PO BOX 39
4101 S. NC62
ALAMANCE, NC 27201-0039


CT-NASSAU TICKING
PO BOX 160
1504 ANTHONY ROAD
ALAMANCE, NC 27201-0160


CULP
1823 EASTCHESTER DRIVE
HIGH POINT, NC 27265


D&K TAPE, LLC
200 APPALACHIAN RD
FLOYD, VA 24091


Daniel B. Lewis
105 Lake Rd.
Winston Salem, NC 27127


DANIEL L. APPLE
APPLE EQUIPMENT COMPANY
565 PAGETOWN RD
ELON, NC 27244


David M. Stroud, Jr.
6 Forsyth St.
Thomasville, NC 27360


Davidson County Tax
28 W. Center St.
Lexington, NC 27292


DAVIDSON COUNTY TAX COLLECTOR
913 GREENSBORO STREET
PO BOX 1577 (ZIP 27293)
LEXINGTON, NC 27292

Debbie Fowler
204 Bethlehan Ave.
Thomasville, NC 27360


Debra Fowler
204 Bethlehem Ave.
Thomasville, NC 27360


Derrick Black
1009 Unity St.
Thomasville, NC 27360


DESLEECLAMA NORTH AMERICA
1880 CAMPTON ROAD
INMAN, SC 29349


Devin A. Carner
308 Foster St.
Apt. 15
Thomasville, NC 27360


DIAMOND ROAD
1635 DIAMOND STATION ROAD
EPHRATA, PA 17522


DILLON SUPPLY CO
WS 230-010
PO BOX 14506
RALEIGH, NC 27620


DIVISION OF CHILD SUPPORT SERV
FAMILY SUPPORT REGISTRY
PO BOX 1800
CARROLLTON, GA 30112-1800


DUKE ENERGY
P.O. BOX 70516
CHARLOTTE, NC 28272-0516


DUNCAN TICKINGS
1421 NORTHWEST 23RD STREET
OKLAHOMA CITY, OK 73106

Dustin Hilton
3663 Upperlake Rd.
Thomasville, NC 27360


Enrique H. Hernandez
1143 West Green Street
Thomasville, NC 27360


ERIC HINSHAW
6 TURNERBERRY CT.
DURHAM, NC 27712


ERNESTO CALIMAYOR
711 RAPP STREET
THOMASVILLE, NC 27360


FASTENAL COMPANY
1000 WEST FAIRFIELD RD
HIGH POINT, NC 27263


FASTENING SOLUTIONS, INC.
3075 SELMA HIGHWAY
MONTGOMERY, AL 36108


FEDERAL EXPRESS
PO BOX 371461
PITTSBURGH, PA 15250-7461


FLEXIBLE FOAM PRODUCTS, INC.
CORP OFFICE:
220 S. ELIZABETH ST.
SPENCERVILLE, OH 45887


FLORIDA DEPT OF REVENUE
LAKE CITY SERVICE CENTER
1401 WEST US HWY 90, STE. 100
LAKE CITY, FL 32055


Flormaria Meza
803 Virginia Dr.
Lexington, NC 27295

```
FOAMEX INNOVATIONS
ROSE TREE CORPORATE CENTER II
1400 N PROVIDENCE RD. STE 2000
MEDIA, PA 19063-2076


FRANCISCO MADRIGAL
123 COLLEGE STREET
THOMASVILLE, NC 27360


Francisco Ramirez-Castillo
211 Dorthothy St.
Apt. E
High Point, NC 27262


Freddy Pastern
437 JD Essick Rd.
Lexington, NC 27295


FURNITURE TODAY
P.O. BOX 10603
RIVERTON, NJ 08076-5003


Future Foam, Inc.
1610 Ave. N.
Council Bluffs, IA 51501


Future Foam, Inc.
1610 Ave. N.
Council Bluffs, IA 51501


Future Foam, Inc.
1610 Ave. N.
Council Bluffs, IA 51501


Future Foam, Inc.
1610 Ave. N.
Council Bluffs, IA 51501


Future Foam, Inc.
1610 Ave. N.
Council Bluffs, IA 51501


Future Foam, Inc.
1610 Ave. N.
Council Bluffs, IA 51501
```

Gabriela Flores Martnez
233 Dorothy Street
High Point, NC 27262


GEORGIA DEPT OF LABOR
PO BOX 740234
ATLANTA, GA 30374-0234


GEORGIA DEPT OF REVENUE
PROCESSING CENTER
PO BOX 740238
ATLANTA, GA 30374-0238


GERRY NEWMAN
115 STETHEM DRIVE
CENTEREACH, NY 11720


GLENNS SEWING MACHINE
PO BOX 702
HIGH POINT, NC 27261


GLOBAL TEXTILES
2361 HOLIDAY LOOP RD.
REIDSVILLE, NC 27320


Graciano Cazarin-Reyes
2209 Chambers St.
High Point, NC 27263


GRAINGER INC.
101 SOUTHCHASE BLVD
FOUNTAIN INN, SC 29644-9019


Grant A. Lyndon
50 West Holly Hill, Apt. 1
Thomasville, NC 27360


GREAT AMERICA FINANCIAL SERV.
ACCOUNT SERVICES
SUITE 800
625 FIRST STREET SE
CEDAR RAPIDS, IA 52401

Gregory D. Hairston
319 West Main Street
Thomasville, NC 27360


GRIBETZ INTERNATIONAL
SAWGRASS INTL CORP PARK
13800 NORTH WEST 4TH ST.
SUNRISE, FL 33325


GUILFORD COUNTY TAX DEPARTMENT
PO BOX 3328
GREENSBORO, NC 27402


HAFELE AMERICA CO.
3901 CHEYENNE DR.
ARCHDALE, NC 27263-4000


HANES CONVERTING CO.
500 N. McLIN CREEK RD
P.O. BOX 457
CONOVER, NC 28613-0457


Henry Aguilar-Diaz
214 Long St.
Thomasville, NC 27360


HIGH POINT ENTERPRISE
PO BOX 1009
HIGH POINT, NC 27261


HIGH POINT FIBERS
601 OLD THOMASVILLE ROAD
HIGH POINT, NC 27260


Hilary P. Pope
6731 Maize Dr.
High Point, NC 27265


HILL LIGHTING
1534 NATIONAL HIGHWAY
THOMASVILLE, NC 27360


IDEACOM
PO BOX 307
KERNERSVILLE, NC 27285

INNOFA USA LLC
716 COMMERCE DRIVE
EDEN, NC 27288


Internal Revenue Service
Centralized Insolvency Operations
P O Box 7346
Philadelphia, PA 19101-7346


Ismael Flores-Aguilar
1619 Conner Pl
High Point, NC 27260


Jamarr Q. Camp
408 Brewer St.
Thomasville, NC 27360


Jennifer L. Rattner
Abrahams Kaslow & Cassman, LLP
8712 West Dodge Rd.
Ste. 300
Omaha, NE 68114


JERRY M CLONINGER
4184 WEDGEWOOD TRAIL
TRINITY, NC 27370


JG EDELEN
PO BOX 824952
PHILADELPHIA, PA 19182


JOHN E. FOX, INC.
THE FOX COMPANY
2909 INTERSTATE ST.
CHARLOTTE, NC 28208


John H. Campbell
1020 W. Oakwood Ave.
Albemarle, NC 28001


John R. Maynor
152 Creekside Dr.
Asheboro, NC 27203

Johnmy Holleman
PO Box 1213
1459 Garner Rd.
Denton, NC 27239


JOMEL INDUSTRIES, INC.
140 CENTRAL AVENUE
HILLSIDE, NJ 07205


JOSE A RAMIREZ
910 FISHER FERRY ST, APT A
THOMASVILLE, NC 27360


Jose A. Cruz Morales
407 Coltrane Ave.
High Point, NC 27260


Joseph S. Jones, Jr.
116 Pineywood St.
Thomasville, NC 27360


Justtin Weisenhorn
1725 Remington Point Ct.
Walkertown, NC 27051


KATHRYN GRIGG
226 ETHAN DRIVE
HIGH POINT, NC 27265


Kenneth L. Clark
1025-A Pegram Ave.
High Point, NC 27263


Kevin E. Stewart
4123 Abbotts Creek Ct.
Kernersville, NC 27284


Kevin M. White
940 Payne Rd.
Lexington, NC 27295


KEZIAH GATES LLP
PO BOX 2608
NC DEPT INS #3050
HIGH POINT, NC 27261-2608

LAMPE USA INC.
3660 NC HIGHWAY 770 A
STONEVILLE, NC 27048-8713


LANDSTAR RANGER, INC.
13410 SUTTON PARK DRIVE SOUTH
JACKSONVILLE, FL 32224


LATEXCO LLC
975 GERRARD RD.
LAVONIA, GA 30553


LB&A, PLLC
1801 Stanley Rd., Ste. 220
Greensboro, NC 27407


LEGGETT & PLATT SPRINGS
HIGHPOINT SPG - 1506
1629 BLANDWOOD DR.
HIGH POINT, NC 27260


Leggett & Platt- Lakeland, FL
LEGGETT & PLATT - BR. 0026
2715 CRYSTAL LAKE ACRES DRIVE
LAKELAND, FL 33801


Leggett & Platt- Porter Intn'l
PORTER INTERNATIONAL
131 ZAPLETAL WAY
CARTHAGE, MO 64836


LES TRICOTS MAXIME INC.
KNITTING MILLS
828 DESLAURIERS
Montreal Canada H4N 1X1


LINC SYSTEMS, INC.
16540 SOUTHPARK DRIVE
WESTFIELD, IN 46074


LOGO PROS
4475 K MORRIS PARK DRIVE
CHARLOTTE, NC 28227

LOUISIANA DEPT OF REVENUE
PO BOX 91011
BATON ROUGE, LA 70821-9011


Lowe's
PO Box 25428
Charlotte, NC 28229


LOWE'S BUSINESS ACCOUNT
P O BOX 530970
ATLANTA, GA 30353-0970


Luciano Ochoa-Herrera
1203 Holly Grove Rd.
Lexington, NC 27292


LUIS F RODRIGUEZ-REYES
7108 PROSPECT CHURCH RD #22
THOMASVILLE, NC 27360


LUIS G RODRIGUEZ REYES
7108 PROSPECT CHURCH RD #22
THOMASVILLE, NC 27360


Luis J. Martinez-Montalvo
256 Beddington St.
High Point, NC 27260


LUISA MEZA MENDOSA
1411 HOLLY GROVE ROAD
LEXINGTON, NC 27292


Maria D. Leon Lopez
501 Albertson Rd., Lot 13
Thomasville, NC 27360


MARILYN GUERRERO
1600 KANOY ROAD
LOT 23
THOMASVILLE, NC 27360


Mark A. Hall
903 Carolina Ave.
Thomasville, NC 27360

MARKET SQUARE AC II LLC
P.O. BOX 417278
BOSTON, MA 02241-7278


MARKET SQUARE TRS SHIPPING/REC
TRADE SHOW
PO BOX 417520
BOSTON, MA 02241-7520


MARVINS GARAGE DOORS
3521 SMITHERMAN ROAD
EAST BEND, NC 27018


MARYLAND - STATE TAXES
REVENUE ADMINISTRATION DIV.
110 CARROLL STREET
ANNAPOLIS, MD 21411-0001


MASS. DEPARTMENT OF REVENUE
PO BOX 7025
BOSTON, MA 02204


MCDONALD SERVICES, INC.
7427 PRICE TUCKER ROAD
MONROE, NC 28110


Melissa H. Chahoc
3755 Field Sedge Dr.
Winston Salem, NC 27107


Mercedes-Benz Financial Services
P.O. Box 685
Roanoke, TX 76262


Michael Q. Huynh
803 Virginia Dr.
SC 29295


MINUTE MAN UPHOLSTERY SUPPLY
1905 SOUTH ELM STREET
HIGH POINT, NC 27260


Mitchell Garland
909 Marlboro St.
High Point, NC 27260

```
MOUNTAIN TOP FOAM
25 ELMWOOD RD
MOUNTAIN TOP, PA 18707


NAJA VINSON
27 CURRY STREET
LEXINGTON, NC 27292


NC CHILD SUPPORT
CENTRALIZED COLLECTIONS
PO BOX 900012
RALEIGH, NC 27675-9012


NC Department of Revenue
Attn: Bankruptcy Dept
501 N Wilmington Street
P.O. Box 25000
Raleigh, NC 27640-5000


NC DEPT COMMERCE
DIV OF EMPLOYMENT SECURITY
PO BOX 26504
RALEIGH, NC 27611-6504


Neal & Kathryn Grigg
226 Ethan Dr.
High Point, NC 27265


Neal & Kathryn Grigg
226 Ethan Dr.
High Point, NC 27265


Neal & Kathryn Grigg
226 Ethan Dr.
High Point, NC 27265


Neal & Kathryn Grigg
226 Ethan Dr.
High Point, NC 27265


NEAL GRIGG
978 NOTTINGHAM RD
HIGH POINT, NC 27262
```

Neal Grigg


Neil Hoggard
113-C Cox Ave.
Thomasville, NC 27360


NEW JERSEY - STATE TAXES
DIV. OF TAXATION
PO BOX 666
TRENTON, NJ 08646-0666


NEW JERSEY DEPT LABOR &
WORKFORCE DEVELOPMENT
DIV EMPLOYER ACCOUNTS
PO BOX 059
TRENTON, NJ 08625-0059


NEW JERSEY DIV OF TAXATION
REVENUE PROESSING CENTER
PO BOX 244
TRENTON, NJ 08646-0244


NEW YORK STATE
UNEMPLOYMENT INSURANCE
PO BOX 4301
BINGHAMTON, NY 13902-4301


Nikita Vinson
27 Curry St.
Lexington, NC 27292


NJ DEPARTMENT OF THE TREASURY
DIV OF REVENUE & ENTERPRISE
SERVICES/CORP FILING UNIT
PO BOX 308
TRENTON, NJ 08646-0308


NJ FAMILY SUPPORT PROC CENTER
PO BOX 4880
TRENTON, NJ 08650


NORTH CAROLINA DEPT OF REVENUE
PO BOX 25000
RALEIGH, NC 27640

NORTH STATE COMMUNICATIONS
PO BOX 612
HIGH POINT, NC 27261-0612


NORTHERN SAFETY CO.
232 INDUSTRIAL PARK DR.
FRANKFORT, NY 13340


NYS CHILD SUPPORT PROCES CNTR
PO BOX 15363
ALBANY, NY 12212-5363


NYS CORPORATION TAX
PROCESSING UNIT
PO BOX 22094
ALBANY, NY 12201-2094


ODILIA SANCHEZ-RODRIGUEZ
114 CONRAD STREET
THOMASVILLE, NC 27360


OFFICE DEPOT
5809 LONGSCREEK PK. DR.
CHARLOTTE, NC 28269


OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.
PO BOX 89
COLUMBIA, SC 29202


OHIO ATTORNEY GENERAL
PO BOX 89471
CLEVELAND, OH 44101-6471


OHIO BUREAU OF WORKERS' COMP
BWC STATE INSURANCE FUND
CORPORATE PROCESSING DEPT
COLUMBUS, OH 43271-0821


OHIO DEPARTMENT OF COMMERCE
6606 TUSSING ROAD
PO BOX 4009
REYNOLDSBURG, OH 43068-9009

```
OHIO DEPT OF TAXATION
PO BOX 181140
COLUMBUS, OH 43218-1140


OLD DOMINION FREIGHT
PO BOX 198475
ATLANTA, GA 30384-8475


ORANGE COUNTY TAX COLLECTOR
P O BOX 545100
ORLANDO, FL 32854-5100


ORBITAL SYSTEM ADMINISTRATION
301 S ELM ST., SUITE 512
GREENSBORO, NC 27401


Oscar Centeno-Ramierez
107 Carolina Ave
Thomasville, NC 27360


Oscar Rodriguez-Lopez
316 Williamson St.
Lexington, NC 27292


PA DEPT OF REV.-BEDDING LIC.
BUREAU OF RECEIPTS AND CONTROL
DEPT. 280403
HARRISBURG, PA 17128-0403


PA DEPT/REVENUE-CORPORATE TAX
PO BOX 280422
HARRISBURG, PA 17128-0422


PA DEPT/REVENUE-NONRESIDENT
PO BOX 280403
HARRISBURG, PA 17128-0403


PA DEPT/REVENUE-STATE TAXES
PO BOX 280427
HARRISBURG, PA 17128-0427


Pablo Parra-Aldan
213 Polk St.
Apt. F
Thomasville, NC 27360
```

PACKAGING PRODUCTS INC
200 LITTLE CREEK DRIVE
BASSETT, VA 24055


Paula J. Barker
315 Walker St.
Thomasville, NC 27360


PENKSE TRUCK LEASING-FUEL
706 WARD AVE.
HIGH POINT, NC 27260


PENNSYLVANIA DEPT OF REVENUE
BUREAU OF IMAGING
& DOCUMENT MANAGEMENT
HARRISBURG, PA 17128-0403


PENSKE FLO TRUCK LEASING CO
706 WARD AVE.
HIGH POINT, NC 27260


PENSKE TRUCK LEASING CO
706 WARD AVE.
HIGH POINT, NC 27260


PENSKE TRUCK MAINTENANCE
706 WARD AVE.
HIGH POINT, NC 27260


PFG
301 N. ELM STREET
SUITE 600
GREENSBORO, NC 27401


PHOENIX TRIM WORKS
2211 REACH RD.
WILLIAMSPORT, PA 17701


PILOT TRAVEL CENTERS LLC
PO BOX 11407
BIRMINGHAM, AL 35246-1314


POINTER ELECTRIC
PO BOX 2327
HIGH POINT, NC 27261-2327

PREFERRED FURN COMP
PO DRAWER 7168
HIGH POINT, NC 27264


PREMIER SUPPLY INC
PO BOX 6345
HIGH POINT, NC 27262


PROFESSIONAL SUPPORT SERVICES
DOT COMPLIANCE SPECIALISTS
717 CAMANN STREET
GREENSBORO, NC 27407


PROGRESS ENERGY/DUKE ENERGY
P.O. BOX 14042
ST. PETERSBURG, FL 33733


Rafael Herrera
705 Burgess St.
Lexington, NC 27292


RANDOLPH COUNTY TAX COLLECTOR
725 MCDOWELL ROAD
ASHEBORO, NC 27205


Reginald Dalton
330 Gibson Pond Way
Lexington, NC 27295


RELIANCE STANDARD INSURANCE
6101 CARNEGIE BLVD, STE 300
CHARLOTTE, NC 28209


RESPONSE COMPUTER GROUP INC.
213 WEST LIBERTY WAY
MILFORD, DE 19963


RHODE ISLAND
DEPT. OF BUSINESS REGULATION
1511 PONTIAC AVE. BLDG 69-1
CRANSTON, RI 02920


Rhonda Christian
22 Landon Ave.
Thomasville, NC 27360

Ricky L. Roark
5675 Old Thomasville Rd.
PO Box 48
Archdale, NC 27263


Ricky Smith
3231 Pine Needles Rd.
High Point, NC 27265


RIFCO SERVICES, INC. dba
JAN-PRO CLEANING SERVICES OF
THE TRIAD
201-J POMONA DRIVE
GREENSBORO, NC 27407


Robert Love
205 H.E. Clement Lane
Thomasville, NC 27360


Roberto Girarte-Alvarez
209 Kinview Dr.
Archdale, NC 27263


ROYAL TRANSPORT, INC.
2108 S. ELM ST.
HIGH POINT, NC 27260


SABA North America, LLC.
2237 Wadhams Road
Kimball, MI 48074


SAN-GAR ENTERPRISES, INC.
1101 PROSPECT STREET
HIGH POINT, NC 27260


Sandra Amaya-Guerrero
1507 Larkin St.
High Point, NC 27262


Sara Messer
1959 Kennedy Farm Road N.
Thomasville, NC 27360

SC DEPARTMENT OF REVENUE
LICENSE AND REGISTRATION UNIT
COLUMBIA, SC 29214-0140


SC DEPT OF REVENUE (CORP)
CORPORATE TAXES
COLUMBIA, SC 29214


SC DEPT OF REVENUE - TAXES
COLUMBIA, SC 29211


SC DEPT OF REVENUE - TAXES
COLUMBIA, SC 29214


SCHMIDT MACHINE CO, INC.
15446 BLAKELEY TRAIL
BELLE PLAINE, MN 56011


Shawn Griffin
1301 Florence Ave.
Thomasville, NC 27360


SHAWN PRODUCTS, INC
PO BOX 7227
HIGH POINT, NC 27264


SLEEPY'S LLC
1000 SOUTH OYSTER BAY RD
HICKSVILLE, NY 11801


SOUTH CAROLINA DEPT EMPLOYMENT
AND WORKFORCE
PO BOX 7103
COLUMBIA, SC 29202


SOUTH CAROLINA DEPT OF REVENUE
NOA
COLUMBIA, SC 29214-0030


SOUTH CAROLINA DEPT OF REVENUE
WITHHOLDING
COLUMBIA, SC 29214

SOUTHEASTERN FREIGHT
PO BOX 100104
COLUMBIA, SC 29202-3104


SPECKMAN COMMERCIAL PROPERTIES
1836 EASTCHESTER DR., STE 106
HIGH POINT, NC 27265


Stanley Young
158 Eastwood Rd.
Winston Salem, NC 27107


STATE OF CONNECTICUT
DEPT OF CONSUMER PROTECTION
PO BOX 1869
HARTFORD, CT 06144-1869


STATE OF FLORIDA DISBURSE
UNIT 000016229DR48
PO BOX 8500
TALLAHASSEE, FL 32314-8500


STN CUSHION COMPANY
3 REGENCY INDUSTRIAL BLVD
THOMASVILLE, NC 27361


SUNBELT RENTALS, INC.
2101 W. LANDSTREET RD
ORLANDO, FL 32809


SUNSHINE RECYCLING, INC.
PO BOX 919360
ORLANDO, FL 32891-9360


SUPERIOR MECHANICAL, INC.
PO BOX 877
RANDLEMAN, NC 27317


SUSQUEHANNA COMMERCIAL FINANCE
2 COUNTRY VIEW ROAD
SUITE 300
MALVERN, PA 19355

TECHNA
8401 STERLING BRIDGE RD
CHAPEL HILL, NC 27516


TENNESSEE DEPT OF REVENUE
ANDREW JACKSON STATE OFC BLDG
500 DEADERICK STREET
NASHVILLE, TN 37242


Terry A. Porter
465 Larry Lane
Lexington, NC 27292


Terry Bruner
145 Blaze St.
Winston Salem, NC 27105


Terry Curry
278 Cow Palace Rd.
Thomasville, NC 27360


TEXAS COMPTROLLER
COMPTROLLER OF PUBLIC ACCOUNTS
PO BOX 149348
AUSTIN, TX 78714-9348


THOMASVILLE CHAMBER COMMERCE
6 WEST MAIN STREET
P.O. BOX 1400
THOMASVILLE, NC 27361-1400


THOMASVILLE-DEXEL INC.
PO BOX 7688
HIGH POINT, NC 27264-7688


THOMPSON-BUMP TEXTILES, INC.
5479 PROSPECT ST.
ARCHDALE, NC 27263


TIME WARNER CABLE
PO BOX 70872
CHARLOTTE, NC 28272-0872

TN DEPT OF LABOR/WORKFORCE DEV
EMP SEC DIV  EMP ACCTS OPER
PO BOX 101
NASHVILLE, TN 37202-0101


TOM REHWINKEL
12 BRISTOL COURT
SKILLMAN, NJ 08558


Tony Adams
2736 Buckhorn Dr.
Randleman, NC 27317


TOSHIBA BUSINESS SOLUTIONS
ADMINISTRATION OFFICE
9201-J SOUTHERN PINE BLVD
CHARLOTTE, NC 28273


ULTRA DISTRIBUTORS INC.
6620 N CENTRAL AVENUE PIKE
KNOXVILLE, TN 37912


UNITED HEALTHCARE
DEPT. CH 10151
6005505151C0009
PALATINE, IL 60055-0151


UNITED PARCEL SERVICE
P.O. BOX 505820
THE LAKES, NV 88905-5820


UNIVERSAL FOREST PRODUCTS
358 Woodmill Road
Salisbury, NC 28145


US BANK - ATL ATTACH EQUIP
U.S. BANK EQUIPMENT FINANCE
1450 CHANNEL PARKWAY
MARSHALL, MN 56258


US BANK - HORIZ. SLITTER
U.S. BANK EQUIPMENT FINANCE
1450 CHANNEL PARKWAY
MARSHALL, MN 56258

VERIZON WIRELESS
P.O. BOX 4001
ACWORTH, GA 30101


Vicki Yonchuk
1950 Upper Lake Rd.
Thomasville, NC 27360


VICTORY PACKAGING, L.P.
350 GILLS DRIVE
ORLANDO, FL 32824


VIRGINIA DEPT OF TAXATION
PO BOX 1777
RICHMOND, VA 23218-1777


VIRGINIA EMPLOYMENT COMMISSION
PO BOX 1174
RICHMOND, VA 23218-1174


WASTE MANAGEMENT
OF THE CAROLINAS
390 INNOVATION WAY
WELLFORD, SC 29385-8900


WELLS FARGO FINANCIAL
ACCOUNTS RECEIVABLE
P.O. BOX 7777
SAN FRANCISCO, CA 94120-7777


Wesley O Nance
4182 Salem Church Rd.
Denton, NC 27239


WEST VIRGINIA DIV OF LABOR
BEDDING SECTION
ROOM 749 BDG 6 CAPITOL COMPLEX
CHARLESTON, WV 26306


WEST VIRGINIA STATE TAX DEPT
INTERNAL AUDITING DIVISION
PO BOX 11751
CHARLESTON, WV 25339-1751

WESTFIELD INSURANCE
ONE PARK CIRCLE
PO BOX 5001
WESTFIELD CTR, OH 44251


WILCO / HESS
FleetOne LLC
MSC 30425
PO BOX 415000
NASHVILLE, TN 37241-5000


Wilifredy Lopez-Chang
410 Berkley St.
High Point, NC 27260


William C. Cagle, Jr.
19 Candlestick Dr.
Thomasville, NC 27360


William H. Kirkman, III
2440 Herfhsire Dr.
Greensboro, NC 27406


Wm.T.Burnett & Co.
2550 West Front Street
Statesville, NC 28677


WMC EXPERIENCES SPE, LLC
C/O INTERNATIONAL MARKET CENTR
495 S. GRAND CENTRAL PKWY#2203
LAS VEGAS, NV 89106


WORKERS' COMPENSATION ADMIN
TRUST FUND
PO BOX 6100
TALLAHASSEE, FL 32399-4216


WORLD MARKET CENTER LAS VEGAS
495 S. GRAND CENTRAL PKWY
SUITE 2203
LAS VEGAS, NV 89106


WRIGHT OF THOMASVILLE
PO BOX 1069
THOMASVILLE, NC 27361

```
XPEDX
3900 SPRING GARDEN ST
GREENSBORO, NC 27407
```

# United States Bankruptcy Court
## Middle District of North Carolina

In re   Carolina Mattress Guild, Inc.

Debtor(s)

Case No.

Chapter   7

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Carolina Mattress Guild, Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

December 15, 2014

Date

/s/ Stephanie L. Osborne

Stephanie L. Osborne 29374

Signature of Attorney or Litigant

Counsel for   Carolina Mattress Guild, Inc.

Northen Blue, L.L.P.

1414 Raleigh Road, Suite 435
P.O. Box 2208
Chapel Hill, NC 27515-2208
(919) 968-4441