# Invoice

**BACE, LLC**
2205 North Tryon Street
Charlotte, NC 28206

| Date | Invoice # |
|---|---|
| 7/26/2012 | 4054 |

**Bill To**
Northstar Recycling Company
Noah Goodman
PO Box 188
East Longmeadow, MA 01028

**Ship To**
Carolina Mattress Guild
385 North Dr.
Thomasville, NC 27360
Johnny Holleman/ David Trent
336-476-1333

JUL 31 REC'D

| P.O. Number | Terms | Due Date | Ship | Ship Via |
|---|---|---|---|---|
| 194 | Net 30 | 8/25/2012 | 7/26/2012 | D-Ville Logisti |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 1 | V63HD | Model V63HD Vertical Baler- 6" Cyl, 15HP | 7,750.00 | 7,750.00 |
| 1 | FD | Floppy Retainer Dogs | 630.00 | 630.00 |
| 1 | Install | Installation; Assumes customer has 5000 lb forklift. Some equipment may require larger forklift. Add $300 if we have to provide forklift. | 1,050.00 | 1,050.00 |
| 1 | BC Shipping | Freight Rate | 475.00 | 475.00 |
| 1 | IOM | Installation and Operation Manual | 0.00 | 0.00 |
| 1 | BW-05 | Starter Bundle 14-14 Baling Wire | 0.00 | 0.00 |
| | | V63HD1503547 | | |

SALES TAX INFORMATION - ALL amounts payable under this Estimate/Purchase Order/Invoice shall exclude all applicable sales, use and other taxes and all applicable export and import fees, customs duties and similar charges. Customer will be responsible for payment of all such taxes, fees, duties and charges, and any related penalties and interest, arising from the payment of any fees hereunder. Customer will make all payments required hereunder to BACE free and clear of, and without reduction for, any withholding taxes. Any such taxes imposed on any payments hereunder to BACE will be Customer's sole responsibility, and Customer will, upon BACE request, provide BACE with official receipts issued by the appropriate taxing authority, or such other evidence as BACE may reasonably request, to establish that such taxes have been paid. Notwithstanding the foregoing, BACE reserves the right to charge all applicable taxes when required by law or agreed to by Customer and BACE.

SECURITY INTEREST - BACE hereby reserves and Customer grants to BACE a security interest pursuant to the Uniform Commercial Code, in and to the Products sold to Customer (and all products and proceeds of it) until full payment of the purchase price is received by BACE.

NOTE - We accept Visa, Mastercard and American Express, subject to a 2.9% adminstrative fee. If paid with in 10 days, the adminstrative fee will be reduced to 1.5%.

A LATE PAYMENT CHARGE of 2% will be assessed on the amount unpaid until paid in full.

We appreciate your business.

| | |
|---|---|
| Subtotal | $9,905.00 |
| Sales Tax (0.0%) | $0.00 |
| Total | $9,905.00 |
| Payments/Credits | $0.00 |
| Balance Due | $9,905.00 |

| Phone # | Fax # | Web Site |
|---|---|---|
| 704-394-2230 | 704-394-2210 | www.BACECORP.com |

# Invoice

DEC 07 REC'D

**BACE, LLC**
2205 North Tryon Street
Charlotte, NC 28206

| Date | Invoice # |
|---|---|
| 11/30/2012 | 4409 |

**Bill To**
Northstar Recycling Company
Noah Goodman
PO Box 188
East Longmeadow, MA 01028

**Ship To**
Carolina Mattress Guild
385 North Dr.
Thomasville, NC 27360

| P.O. Number | Terms | Due Date | Ship | Ship Via |
|---|---|---|---|---|
| 213 | Net 30 | 12/30/2012 | 11/30/2012 | BACE |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 1 | V63HD | Model V63HD Vertical Baler- 6" Cyl, 15HP | 7,750.00 | 7,750.00 |
| 1 | FD | Floppy Retainer Dogs | 650.00 | 650.00 |
| 1 | BC Shipping | Freight Rate | 475.00 | 475.00 |
| 1 | Install | Installation; Assumes customer has 5000 lb forklift. Some equipment may require larger forklift. Add $300 if we have to provide forklift. | 900.00 | 900.00 |
| 1 | IOM | Installation and Operation Manual | 0.00 | 0.00 |
|   |   | S/N:V63HD1503775 |   |   |

SALES TAX INFORMATION - ALL amounts payable under this Estimate/Purchase Order/Invoice shall exclude all applicable sales, use and other taxes and all applicable export and import fees, customs duties and similar charges. Customer will be responsible for payment of all such taxes, fees, duties and charges, and any related penalties and interest, arising from the payment of any fees hereunder. Customer will make all payments required hereunder to BACE free and clear of, and without reduction for, any withholding taxes. Any such taxes imposed on any payments hereunder to BACE will be Customer's sole responsibility, and Customer will, upon BACE request, provide BACE with official receipts issued by the appropriate taxing authority, or such other evidence as BACE may reasonably request, to establish that such taxes have been paid. Notwithstanding the foregoing, BACE reserves the right to charge all applicable taxes when required by law or agreed to by Customer and BACE.

SECURITY INTEREST - BACE hereby reserves and Customer grants to BACE a security interest pursuant to the Uniform Commercial Code, in and to the Products sold to Customer (and all products and proceeds of it) until full payment of the purchase price is received by BACE.

NOTE - We accept Visa, Mastercard and American Express, subject to a 2.9% adminstrative fee. If paid with in 10 days, the adminstrative fee will be reduced to 1.5%.

A LATE PAYMENT CHARGE of 2% will be assessed on the amount unpaid until paid in full.

We appreciate your business.

| Subtotal | $9,775.00 |
|---|---|
| Sales Tax (0.0%) | $0.00 |
| Total | $9,775.00 |
| Payments/Credits | $0.00 |
| Balance Due | $9,775.00 |

| Phone # | Fax # | Web Site |
|---|---|---|
| 704-394-2230 | 704-394-2210 | www.BACECORP.com |